# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:20-cv-00376 |
| v. | § § | JURY TRIAL DEMANDED |
| REDFIN CORPORATION, | § § § | |
| Defendant. | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Redfin Corporation ("Redfin") files this Unopposed Motion for Extension of Time to Respond to Complaint and respectfully shows the following:

Plaintiff filed its Complaint on May 11, 2020 (Dkt. No. 1). Redfin was served a copy of the summons on May 14, 2020. Redfin's answer is currently due on June 4, 2020.

Redfin requests an extension to respond on or before June 25, 2020. Counsel for Redfin conferred with counsel for Plaintiff who stated that Plaintiff does not oppose this request.

Wherefore, Redfin respectfully requests that the Court grant this motion and enter an order extending the deadline for Redfin to answer or otherwise respond to the Complaint to June 25, 2020.

Respectfully submitted,

 /s/ J. Thad Heartfield
J. Thad Heartfield
Texas Bar No. 09346800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706

        Telephone: 409-866-3318
        Fax: 409-866-5789
        Email: thad@heartfieldlawfirm.com

        ATTORNEYS FOR DEFENDANT,
        REDFIN CORPORATION

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on June 3, 2020.

        */s/ J. Thad Heartfield*
        J. Thad Heartfield