IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **APPLIANCE COMPUTING III, INC.** § <br> **d/b/a SUREFIELD** § <br> § <br> **Plaintiff,** § <br> § <br> **v.** § <br> § <br> **REDFIN CORPORATION,** § <br> § <br> **Defendant.** § | | CIVIL ACTION NO. 6:20-cv-00376 <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This Court, having considered Defendant Redfin Corporation's Unopposed Motion for Extension of Time to Respond to Complaint (the "Motion"), hereby GRANTS the Motion and ORDERS the following:

The deadline for Defendant Redfin Corporation to answer or otherwise respond to the Complaint is extended to June 25, 2020.

SIGNED this _____ day of June, 2020.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE