UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD, § § § § Plaintiff, § § v. § § REDFIN CORPORATION, § § § Defendant. § | Case No. 6:20-cv-00376-ADA |

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Plaintiff Appliance Computing III, Inc. d/b/a Surefield ("Plaintiff") and Defendant Redfin Corporation ("Defendant") (collectively, "the parties") hereby jointly move to extend the case schedule. The parties respectfully request that the Court extend the deadlines as follows:

| Current Deadline | Proposed Deadline | Item |
|---|---|---|
| 03/25/2021 | 04/23/2021 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or claims. |
| 04/08/2021 | 05/07/2021 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| 06/29/2021 | 07/29/2021 | Close of Fact Discovery |
| 07/02/2021 | 08/06/2021 | Opening Expert Reports |
| 08/02/2021 | 09/07/2021 | Rebuttal Expert Reports |
| 08/23/2021 | 09/21/2021 | Close of Expert Discovery |
| 08/30/2021 | 09/21/2021 | Deadline to meet and confer to discuss narrowing the number of claims asserted and prior art references at |

| | | |
|---|---|---|
| | | issue.  The parties shall file a report within 5 business days regarding the results of the meet and confer. |
| 09/06/2021 | 09/27/2021 | Dispositive motion deadline and *Daubert* motion deadline. |
| 09/20/2021 | 10/04/2021 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations) |
| 10/04/2021 | 10/11/2021 | Serve objections to pretrial disclosures/rebuttal disclosures |
| 10/11/2021 | 10/17/2021 | Serve objections to rebuttal disclosures and **File** Motions *in limine* |
| 10/18/2021 | 10/21/2021 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine* |
| 10/25/2021 | 10/25/2021 (unchanged) | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 10/27/2021<br><br>3 business days before Final Pretrial Conference | 10/27/2021 (unchanged)<br><br>3 business days before Final Pretrial Conference | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 11/01/2021 | 11/01/2021 (unchanged) | Final Pretrial Conference. The Court expects to set this date at the conclusion of the *Markman* Hearing. |
| 11/16/2021 | 11/16/2021 (unchanged) | Jury Selection/Trial.  The Court expects to set this date at the conclusion of the *Markman* Hearing. |

| | |
|---|---|
| Dated: April 5, 2021 | Respectfully submitted, |
| */s/   Andrew G. DiNovo*<br>Andrew G. DiNovo<br>Texas State Bar No. 00790594<br>Nicole E. Glauser<br>Texas State Bar No. 24050694<br>nglauser@dinovoprice.com<br>DINOVO PRICE LLP<br>7000 N. MoPac Expressway, Suite 350<br>Austin, Texas 78731<br>Telephone: (512) 539-2626 | */s/   Ryan Marton*<br>Ryan Marton<br><br>J. Thad Heartfield<br>Texas State Bar No. 09346800<br>thad@heartfieldlawfirm.com<br>THE HEARTFIELD LAW FIRM<br>2195 Dowlen Road<br>Beaumont, Texas 77706<br>Telephone: (409) 866-3318 |

| | |
|---|---|
| Facsimile:  (512) 539-2627<br><br>Steven W. Fogg (admitted *Pro Hac Vice*)<br>sfogg@corrcronin.com<br>Eric A. Lindberg (admitted *Pro Hac Vice*)<br>elindberg@corrcronin.com<br>CORR CRONIN, LLP<br>1001 Fourth Avenue, Suite 3900<br>Seattle, Washington 98154<br>Telephone: (206) 625-8600<br><br>Mark P. Walters (admitted *Pro Hac Vice*)<br>walters@lowegrahamjones.com<br>LOWE GRAHAM JONES, PLLC<br>701 Fifth Avenue, Suite 4800<br>Seattle, Washington 98104<br>Telephone: (206) 381-3300<br><br>***COUNSEL FOR PLAINTIFF APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD*** | Facsimile:  (409) 866-5789<br><br>Ryan Marton (admitted *Pro Hac Vice*)<br>ryan@martonribera.com<br>Hector Ribera (admitted *Pro Hac Vice*)<br>hector@martonribera.com<br>Marton Ribera Schumann & Chang LLP<br>548 Market St Suite 36117<br>San Francisco, CA 94104<br>Telephone: (415) 360-2515<br><br>Benjamin J. Byer (admitted *Pro Hac Vice*)<br>benbyer@dwt.com<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104<br>Telephone: (206) 757-8105<br>Facsimile: (206) 757-7105<br><br>***COUNSEL FOR DEFENDANT REDFIN CORPORATION*** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on April 5, 2021.

By:     /s/ *Ryan Marton*
              Ryan Marton