# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD,<br><br>        Plaintiff,<br><br>v.<br><br>REDFIN CORPORATION,<br><br>        Defendant. | § § § § § § § § § § § § | Case No. 6:20-cv-00376-ADA |

## ORDER GRANTING JOINT MOTION TO EXTEND
## SCHEDULING ORDER DEADLINES

Before the Court is Plaintiff Appliance Computing III, Inc. d/b/a Surefield's and Defendant Redfin Corporation's Joint Motion to Extend Scheduling Order Deadlines (the "Motion"). Having reviewed the Motion and finding good cause exists, the Court hereby GRANTS the Motion.

**IT IS THEREFORE ORDERED** that the deadlines in the above-referenced cause are amended as follows:

| Current Date | New Date | Item |
|---|---|---|
| 03/25/2021 | 04/23/2021 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or claims. |
| 04/08/2021 | 05/07/2021 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| 06/29/2021 | 07/29/2021 | Close of Fact Discovery |
| 07/02/2021 | 08/06/2021 | Opening Expert Reports |

| | | |
|---|---|---|
| 08/02/2021 | 09/07/2021 | Rebuttal Expert Reports |
| 08/23/2021 | 09/21/2021 | Close of Expert Discovery |
| 08/30/2021 | 09/21/2021 | Deadline to meet and confer to discuss narrowing the number of claims asserted and prior art references at issue.  The parties shall file a report within 5 business days regarding the results of the meet and confer. |
| 09/06/2021 | 09/27/2021 | Dispositive motion deadline and *Daubert* motion deadline. |
| 09/20/2021 | 10/04/2021 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations) |
| 10/04/2021 | 10/11/2021 | Serve objections to pretrial disclosures/rebuttal disclosures |
| 10/11/2021 | 10/17/2021 | Serve objections to rebuttal disclosures and **File** Motions *in limine* |
| 10/18/2021 | 10/21/2021 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine* |
| 10/25/2021 | 10/25/2021 (unchanged) | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 10/27/2021<br><br>3 business days before Final Pretrial Conference | 10/27/2021 (unchanged)<br><br>3 business days before Final Pretrial Conference | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 11/01/2021 | 11/01/2021 (unchanged) | Final Pretrial Conference. The Court expects to set this date at the conclusion of the *Markman* Hearing. |
| 11/16/2021 | 11/16/2021 (unchanged) | Jury Selection/Trial.  The Court expects to set this date at the conclusion of the *Markman* Hearing. |

ORDERED this 13th day of April, 2021.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE