UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD,<br><br>*Plaintiff*,<br><br>v.<br><br>REDFIN CORPORATION,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 6:20-cv-00376-ADA<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER GRANTING JOINT MOTION TO EXTEND FINAL INFRINGMENT AND INVALIDITY CONTENTIONS DEADLINE**

Before the Court is Plaintiff Appliance Computing III, Inc. d/b/a Surefield's and Defendant Redfin Corporation's Joint Motion to Extend the Final Infringement and Invalidity Contentions deadline (the "Motion"). Having reviewed the Motion and finding good cause exists, the Court hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that the deadline in the above-referenced cause is amended as follows:

| Current Date | New Date | Item |
|---|---|---|
| 05/07/2021 | 05/21/2021 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |

ORDERED this __5th__ day of _____May_____, 2021.

THE HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1