# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD, | § § § | |
|---|---|---|
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 6:20-cv-00376-ADA |
| REDFIN CORPORATION, | § § § | |
| *Defendant.* | § | |

## OMNIBUS ORDER ON PRETRIAL RULINGS[1]

| PLAINTIFF'S MOTIONS *IN LIMINE* (Dkt. 160) | RULING[2] |
|---|---|
| **Plaintiff's MIL 1** | Mooted by agreement. Redfin will not make any statement or argument to the jury that "Surefield should have sued Matterport" or otherwise argue that Matterport is the proper defendant. Notwithstanding the above agreement, Redfin may present evidence that it is Matterport's technology that is being accused and that Redfin does not provide the technology or perform the steps being accused of infringement. |
| **Plaintiff's MIL 2** | Unopposed, GRANTED |
| **Plaintiff's MIL 3** | GRANTED |
| **Plaintiff's MIL 4** | GRANTED |
| **Plaintiff's MIL 5** | GRANTED |
| **Plaintiff's MIL 6** | Unopposed, GRANTED |

---

[1] All rulings herein are subject to the conditions and limitations expressed by the Court at the March 29, 2022 Pretrial Conference.

[2] Unless the Court specifically excluded/precluded the proposed testimony, evidence, and/or argument at the Pretrial Conference, the Court's rulings of GRANTED precludes offering the subject testimony, evidence, or argument without first approaching the bench.

| | |
|---|---|
| **Plaintiff's MIL 7** | Mooted by agreement.<br><br>Redfin will not make any arguments contrary to the Court's claim construction and, for terms given their plain and ordinary meaning, will not argue that such term has a special technical meaning or argue disclaimer based on the specification or prosecution history. This does not preclude the parties from providing evidence of plain and ordinary meaning based on disclosure in the prosecution history or specification. |
| **Plaintiff's MIL 8** | DENIED |
| **Plaintiff's MIL 9** | GRANTED |
| **Plaintiff's MIL 10** | GRANTED |
| **Plaintiff's MIL 11** | GRANTED |
| **Plaintiff's MIL 12** | GRANTED |
| **Plaintiff's MIL 13** | GRANTED |
| **Plaintiff's MIL 14** | GRANTED |
| **Plaintiff's MIL 15** | GRANTED |
| **Plaintiff's MIL 16** | GRANTED |
| **Plaintiff's MIL 17** | GRANTED |
| **Plaintiff's MIL 18** | DENIED |
| **Plaintiff's MIL 19** | DENIED |
| **Plaintiff's MIL 20** | DENIED |
| **Plaintiff's MIL 21** | Unopposed, GRANTED |
| **Plaintiff's MIL 22** | GRANTED |
| **Plaintiff's MIL 23** | GRANTED |
| **Plaintiff's MIL 24** | Withdrawn, with reservation of the right to object at trial |

| | |
|---|---|
| **Plaintiff's MIL 25** | Mooted by agreement.<br><br>Redfin agrees not to use any pejorative terms but reserves the right to state neutral facts about whether Surefield practices the invention (to which Surefield reserves the right to object). |
| **Plaintiff's MIL 26** | Withdrawn, with reservation of the right to object at trial |
| **Plaintiff's MIL 27** | Mooted by agreement.<br><br>Redfin agrees that its expert will not testify about any hearsay beyond what is disclosed in the expert's report. |
| **Plaintiff's MIL 28** | Withdrawn, with reservation of the right to object at trial |
| **DEFENDANT'S MOTIONS *IN LIMINE* (Dkt. 159)** | **RULING[3]** |
| **Defendant's MIL 1** | GRANTED |
| **Defendant's MIL 2** | Mooted by agreement.<br><br>Surefield agrees not to make unnecessary insinuation regarding relative size of the parties beyond what is necessary to provide context for the hypothetical negotiation or to explain the "success" disparity (for example, no reference to "David and Goliath" or to Redfin's ability to pay for lawyers, witnesses fees, or trial accommodations). |
| **Defendant's MIL 3** | DENIED |
| **Defendant's MIL 4** | GRANTED in part and DENIED in part |
| **Defendant's MIL 5** | DENIED (in conjunction with ruling on Dkt. 85) |

---

[3] Unless the Court specifically excluded/precluded the proposed testimony, evidence, and/or argument at the Pretrial Conference, the Court's rulings of GRANTED precludes offering the subject testimony, evidence, or argument without first approaching the bench.

| | |
|---|---|
| **Defendant's MIL 6** | DENIED |

| MISC. OPPOSED MOTIONS | RULING |
|---|---|
| **Dkt. 82:** Plaintiff's Opposed Motion to Strike and Exclude Defendant's Expert Opinions Regarding Certain Non-Infringing Alternatives | DENIED |
| **Dkt. 85:** Defendant Redfin Corporation's Motion to Exclude Certain Testimony of Dr. Jose Luis Melendez | DENIED |
| **Dkt. 86:** Defendant Redfin Corporation's Motion to Strike Portions of the Expert Report of Dr. Jose Luis Melendez on Infringement | DENIED |
| **Dkt. 87:** Defendant Redfin Corporation's Motion for Summary Judgment on Non-Infringement | DENIED |
| **Dkt. 88:** Plaintiff's Opposed Motion to Strike and Exclude Opinions in the Reports of Defendant's Expert Dr. Navratil | DENIED |
| **Dkt. 89:** Plaintiff's Motion for Partial Summary Judgment on Defendant's Invalidity Defenses and Counterclaims | DENIED |
| **Dkt. 99:** Defendant Redfin Corporation's Motion to Exclude Mr. Benoit's Opinions and Testimony Under Fed. R. Evid. 702 and *Daubert* | DENIED |
| **Dkt. 100:** Plaintiff's Opposed Motion to Strike and Exclude Opinions of Defendant's Damages Expert, James Malackowski | GRANTED in part and DENIED in part<br><br>The Motion is GRANTED as to Mr. Malackowski's testimony and opinions regarding (1) Zillow's 2020 offer to Surefield and (2) Matterport's patent portfolio, which are excluded; all other grounds raised in the Motion are DENIED. |
| **Dkt. 141:** Plaintiff's Opposed Motion for Leave to File Motion for Summary Judgment Based on Recent PTAB Decisions<br>**Dkt. 150:** Defendant Redfin Corporation's Opposed Motion to Strike Untimely Report of Dr. Jose L. Melendez | DENIED as moot in conjunction with ruling on Redfin's Motion in Limine #1 (Dkt. 159) |

SO ORDERED this 2nd day of May, 2022.

                                                  THE HONORABLE ALAN D ALBRIGHT
                                                  UNITED STATES DISTRICT JUDGE