# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>REDFIN CORPORATION,<br><br>　　　　*Defendant*. | §<br>§<br>§　CASE NO. 6:20-CV-00376-ADA<br>§<br>§<br>§　JURY TRIAL DEMANDED<br>§<br>§<br>§ |

## SUPPLEMENT TO JOINT PRETRIAL ORDER

Plaintiff Appliance Computing III, Inc. d/b/a Surefield, LLC ("Plaintiff" or "Surefield") and Defendant Redfin Corporation ("Defendant" or "Redfin") (collectively, "the Parties") submit the following supplement to the parties' Joint Pretrial Order (Dkt. No. 172), attaching copies of (1) Plaintiff's Final Exhibit List as Exhibit 18; (2) Defendant's Final Exhibit List as Exhibit 19; and (3) Amended Requested Final Jury Charge with the parties' disputes and objections as Exhibit 20.

Dated: May 16, 2022

*/s/ Nicole E. Glauser*
Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dinovoprice.com
Nicole E. Glauser
Texas State Bar No. 24050694
nglauser@dinovoprice.com
Daniel L. Schmid
Texas State Bar No. 24093118
dschmid@dinovoprice.com
Christopher V. Goodpastor
Texas State Bar No. 00791991
cgoodpastor@dinovoprice.com
Adam G. Price
Texas State Bar No. 24027750
aprice@dinovoprice.com
Gregory S. Donahue

Respectfully submitted,

*/s/ Karlee Wroblewski*
Ryan J. Marton (Admitted *Pro Hac Vice*)
ryan@martonribera.com
Hector J. Ribera (Admitted *Pro Hac Vice*)
hector@martonribera.com
Carolyn Chang (Admitted *Pro Hac Vice*)
carolyn@martonribera.com
Phillip Haack (Admitted *Pro Hac Vice*)
phaack@martonribera.com
**MARTON RIBERA SCHUMANN & CHANG LLP**
548 Market St. Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515

Texas State Bar No. 24012539
gdonahue@dinovoprice.com
**DINOVO PRICE LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

Steven W. Fogg (*pro hac vice*)
sfogg@corrcronin.com
Eric A. Lindberg (*pro hac vice*)
elindberg@corrcronin.com
**CORR CRONIN, LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
Telephone: (206) 625-8600

Mark P. Walters (*pro hac vice*)
walters@lowegrahamjones.com
**LOWE GRAHAM JONES, PLLC**
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
Telephone: (206) 381-3300

**ATTORNEYS FOR PLAINTIFF APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD**

Darryl Adams
Texas State Bar No. 00796101
dadams@sgbfirm.com
**SLAYDEN GRUBERT BEARD PLLC**
401 Congress Ave., Ste. 1650
Austin, Texas 78701
Telephone: (512) 402-3550
Facsimile: (512) 402-6865

Benjamin J. Byer (Admitted *Pro Hac Vice*)
benbyer@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8105
Facsimile: (206) 757-7105

M. Scott Stevens (NC Bar # 37828)
Nicholas Marais (NC Bar #53553)
Karlee Wroblewski (NC Bar #55043)
**ALSTON & BIRD LLP**
One South at the Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Tel: 704.444.1000
Fax: 704.444.1111

Deron R. Dacus (Texas Bar No. 00790553)
**THE DACUS LAW FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1171
Facsimile: (903) 581-2543

**ATTORNEYS FOR DEFENDANT REDFIN CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 16, 2022, the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who have appeared in this action.

/s/ *Nicole E. Glauser*
Nicole E. Glauser