UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| APPLIANCE COMPUTING III, INC. D/B/A SUREFIELD, APPLIANCE COMPUTING III, INC. | § § § § § § § § | CIVIL NO: WA:20-CV-00376-ADA |
| vs. | | |
| REDFIN CORPORATION, REDFIN CORPORATION, APPLIANCE COMPUTING III, INC. | | |

## **LIST OF WITNESSES**

| **FOR PLAINTIFF** | | **FOR DEFENDANT** | |
|---|---|---|---|
| 1. | David Eraker | 1. | Adam Wiener |
| 2. | Peter Hu (via video deposition) | 2. | David Gausebeck |
| 3. | Jose Melendez | 3. | Yasutaka Furukawa |
| 4. | Allen Xiao (via video deposition) | 4. | Aravind Kalaiah (via video deposition) |
| 5. | Matt Bell (via video deposition) | 5. | Shekhar Dwivedi (via video deposition) |
| 6. | Paul Beniot | 6. | Robert McGarty (via video deposition) |
| 7. | | 7. | Paul Navratil |
| 8. | | 8. | James Malackowski |
| 9. | | 9. | |
| 10. | | 10. | |
| 11. | | 11. | |
| 12. | | 12. | |
| 13. | | 13. | |
| 14. | | 14. | |
| 15. | | 15. | |