Defendant's Trial Exhibit

**DX-802**

6:20-cv-00376-ADA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| APPLIANCE COMPUTING III, INC. D/B/A SUREFIELD, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO.: 6:20-CV-00376-ADA |
| v. | ) | |
| REDFIN CORPORATION, | ) ) | |
| Defendant. | ) ) | |

Defendant's Offer of Proof with Plaintiff's Sustained Objections

DX-802.0001

**Designation Run Report**

# Eraker Trial Testimony

_____

**Eraker, David 08-02-2021**
**Eraker, David 08-03-2021**

_____

**Our Designations  00:09:02**

**Total Time  00:09:02**



| Page/Line | Source | ID |
|---|---|---|
| | **Eraker_220515_1947-Eraker Trial Testimony** | |

| Page/Line | Source | ID |
|---|---|---|
| 131:25 - 132:18 | **Eraker, David 08-02-2021 (00:01:04)** | Eraker_220515_1947.1 |
| | 131:25   Q. Before the break, we were talking about an | |
| | 132:1 inventor contributions to the invention disclosed in | |
| | 132:2 Exhibit 5, right? | |
| | 132:3   A. Yes. | |
| | 132:4   Q. And you explained that it was fluid process of | |
| | 132:5 discussions with Mr. Kalaiah and Mr. McGarty that | |
| | 132:6 resulted in the invention disclosed in Exhibit 5; is | |
| | 132:7 that right? | |
| | 132:8   A. Yes. | |
| | 132:9   Q. And you weren't able to identify any specific | |
| | 132:10 contributions that you made to the invention, correct? | |
| | 132:11   A. Correct. | |
| | 132:12   Q. And you weren't able to identify any specific | |
| | 132:13 contributions that Mr. McGarty made to the invention; is | |
| | 132:14 that correct? | |
| | 132:15   A. Yes. | |
| | 132:16   Q. Can you identify any specific contributions | |
| | 132:17 that Mr. Kalaiah made to the invention? | |
| | 132:18   A. No. | |
| 204:1 - 204:2 | **Eraker, David 08-03-2021 (00:00:08)** | Eraker_220515_1947.2 |
| | 204:1 Mr. Eraker, did you invent determining | |
| | 204:2 camera geometry using plurality of images? | |
| 204:5 - 204:7 | **Eraker, David 08-03-2021 (00:00:07)** | Eraker_220515_1947.3 |
| | 204:5 THE WITNESS:  I don't believe so. | |
| | 204:6   Q. (BY MR. MARTON)  Okay.  Did you invent point | |
| | 204:7 clouds? | |
| 204:9 - 204:12 | **Eraker, David 08-03-2021 (00:00:13)** | Eraker_220515_1947.4 |
| | 204:9 THE WITNESS:  I don't believe so. | |
| | 204:10   Q. (BY MR. MARTON)  Did you -- did you invent the | |
| | 204:11 use of geometric proxies and point clouds for generating | |
| | 204:12 a 3D model? | |
| 204:14 - 204:14 | **Eraker, David 08-03-2021 (00:00:01)** | Eraker_220515_1947.5 |
| | 204:14 THE WITNESS:  I don't believe that's true. | |
| 207:10 - 207:14 | **Eraker, David 08-03-2021 (00:00:31)** | Eraker_220515_1947.6 |
| | 207:10   Q. (BY MR. MARTON)  So sitting here today having | |
| | 207:11 just reviewed two videos of the Google Art Project tour | |
| | 207:12 of The White House from 2012, can you identify any | |
| | 207:13 differences between that Google Art Project model of The | |
| | 207:14 White House and Claim 1 of the '673 patent? | |

| Page/Line | Source | ID |
|---|---|---|

**Eraker_220515_1947-Eraker Trial Testimony**

| Page/Line | Source | ID |
|---|---|---|
| 207:19 - 207:20 | **Eraker, David 08-03-2021 (00:00:03)** | Eraker_220515_1947.7 |
| | 207:19 THE WITNESS:  Yeah, I'm not sure based upon | |
| | 207:20 what I've seen. | |
| 208:1 - 208:3 | **Eraker, David 08-03-2021 (00:00:09)** | Eraker_220515_1947.8 |
| | 208:1   Q. So, is it possible that the Google Art Project | |
| | 208:2 model of The White House invalidates Claim 1 of the '673 | |
| | 208:3 patent? | |
| 208:8 - 208:8 | **Eraker, David 08-03-2021 (00:00:02)** | Eraker_220515_1947.9 |
| | 208:8 THE WITNESS:  Yeah, I'm not sure. | |
| 209:1 - 209:5 | **Eraker, David 08-03-2021 (00:00:18)** | Eraker_220515_1947.10 |
| | 209:1   Q. (BY MR. MARTON)  So this is a video from | |
| | 209:2 April 11, 2012, correct? | |
| | 209:3   A. Yes. | |
| | 209:4   Q. And it is a demonstration of a virtual model of | |
| | 209:5 a -- of The White House? | |
| 209:9 - 209:16 | **Eraker, David 08-03-2021 (00:00:22)** | Eraker_220515_1947.11 |
| | 209:9 THE WITNESS:  I mean, we keep going over | |
| | 209:10 this, Ryan.  I mean, I don't know.  I mean, I can't tell | |
| | 209:11 just based on looking at these videos exactly what's | |
| | 209:12 going on with this system or how it relates to our -- | |
| | 209:13 relates to the claims.  I'm not a patent lawyer. | |
| | 209:14   Q. (BY MR. MARTON)  Okay.  Well, it's a | |
| | 209:15 demonstration of a digital representation of a 3D space, | |
| | 209:16 correct? | |
| 209:18 - 210:4 | **Eraker, David 08-03-2021 (00:00:38)** | Eraker_220515_1947.12 |
| | 209:18 THE WITNESS:  Yeah, I'm not sure. | |
| | 209:19   Q. (BY MR. MARTON)  So The White House is a 3D | |
| | 209:20 space, correct? | |
| | 209:21   A. I'm not sure. | |
| | 209:22   Q. You don't know if The White House is a 3D | |
| | 209:23 space? | |
| | 209:24   A. Yeah.  I'm not sure. | |
| | 209:25   Q. Okay.  And do you know if the video shows a | |
| | 210:1 digital representation of The White House? | |
| | 210:2   A. I'm not sure. | |
| | 210:3   Q. Okay.  Do you know if image data was captured | |
| | 210:4 to create this model of The White House? | |
| 210:7 - 211:8 | **Eraker, David 08-03-2021 (00:04:22)** | Eraker_220515_1947.13 |
| | 210:7 THE WITNESS:  Yeah, I'm not sure. | |
| | 210:8   Q. (BY MR. MARTON)  In the video that I showed | |

| Page/Line | Source | ID |
|---|---|---|
| | **Eraker_220515_1947-Eraker Trial Testimony** | |

210:9 before this, there were people moving trollies around

210:10 The White House taking pictures, right?

210:11  A. I'm not sure.

210:12  Q. You don't -- you don't remember that?  I'm

210:13 going to show you that video again.  Oops.  That's not

210:14 the video.  My apologies.

210:15 (Video playing.)

210:16  Q. (BY MR. MARTON)  So that video, which as you

210:17 can see from the screen is from April 4th, 2012, shows

210:18 cameras on trollies, correct?

210:19  A. I mean, Ryan, you keep asking me to speculate

210:20 on how this system works and I -- I just don't know.

210:21  Q. Well, I'm asking you, did you see cameras on

210:22 trollies in that video?

210:23  A. I mean, I saw a trolly.  It's not clear what is

210:24 going on with the device.

210:25  Q. So you -- you can't tell if there's a camera on

211:1 that trolly?

211:2  A. I'm not sure.

211:3  Q. You can't tell if images of the different rooms

211:4 in The White House are being captured?

211:5  A. Yeah, I'm not sure.

211:6  Q. So you can't tell if each space in The White

211:7 House there are images captured to create a model of The

211:8 White House from that video?

| 211:11 - 211:19 | **Eraker, David 08-03-2021 (00:00:38)** | Eraker_220515_1947.14 |

211:11 THE WITNESS:  Yeah, I'm not sure how the

211:12 Google system is working, Ryan.

211:13  Q. (BY MR. MARTON)  That video just showed that

211:14 trollies moved around to the different rooms in The

211:15 White House to capture images, right?

211:16  A. I'm not sure.

211:17  Q. Okay.  And do you know if image data that was

211:18 captured by those cameras was composited together to

211:19 create contiguous image of a scene?

| 211:22 - 212:1 | **Eraker, David 08-03-2021 (00:00:08)** | Eraker_220515_1947.15 |

211:22 THE WITNESS:  Yeah, I don't know.  I'm not

211:23 sure.

211:24  Q. (BY MR. MARTON)  The person in the video said

211:25 that that's what was happening, right?

| Page/Line | Source | ID |
|---|---|---|
| | Eraker_220515_1947-Eraker Trial Testimony | |

| Page/Line | Source | ID |
|---|---|---|
| | 212:1   A. They did. | |
| 218:11 - 218:13 | **Eraker, David 08-03-2021 (00:00:07)** | Eraker_220515_1947.16 |
| | 218:11   Q. (BY MR. MARTON)  Is it possible that this | |
| | 218:12 Google Art Project virtual model invalidates your patent | |
| | 218:13 claims? | |
| 218:16 - 218:16 | **Eraker, David 08-03-2021 (00:00:02)** | Eraker_220515_1947.17 |
| | 218:16 THE WITNESS:  I don't know. | |

_____

Our Designations = 00:09:02
**Total Time = 00:09:02**

Civil Action No. 6:20-cv-00376-ADA
*Appliance Computing III, Inc. d/b/a Surefield. v. Redfin Corporation*

## Designations for Eraker deposition testimony to be played at trial

| Defendant's Designations | Plaintiff's Objections | Plaintiff's Counter-Designations | Defendant's Objections to Counter-Designations |
|---|---|---|---|
| 131:25-132:18 | 402<br>403<br>Surefield MIL #22 | | |
| 204:1-2 | 403 | | |
| 204:5-7 | 403 | | |
| 204:9-12 | 403 | | |
| 204:14 | 403 | | |
| 207:10-14 | 402<br>403<br>701*<br><br>*Redfin similarly objected to Mr. Eraker providing any testimony about differences between GSV and the patent claims. See Day 2 Trial Tr. 455-456.* | | |
| 207:19-20 | 402<br>403<br>701* | | |
| 208:1-3 | 402<br>403<br>701* | | |
| 208:8 | 402<br>403<br>701* | | |
| 209:1-5 | 402<br>403<br>602<br>701* | | |
| 209:9-16 | 402<br>403<br>601<br>701* | | |
| 209:18-25 | 402<br>403<br>602<br>701* | | |

**Civil Action No. 6:20-cv-00376-ADA**
*Appliance Computing III, Inc. d/b/a Surefield. v. Redfin Corporation*

| | | | |
|---|---|---|---|
| 210:1-4 | 402<br>403<br>602<br>701* | | |
| 210:7-25 | 402<br>403<br>602<br>701* | | |
| 211:1-8 | 402<br>403<br>602<br>701* | | |
| 211:11-19 | 402<br>403<br>602<br>701* | | |
| 211:22-25 | 402<br>403<br>602<br>701* | | |
| 212:1 | 402<br>403<br>602<br>701* | | |
| 218:11-16 | 402<br>403<br>602<br>701*<br>Includes attorney<br>objection @ 218:14-15 | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 17, 2022, all counsel of record who are

deemed to have consented to electronic service are being served with a copy of this Document

via email.


Dated:  May 17, 2022

/s/ *M. Scott Stevens*
M. Scott Stevens