**FILED**

May 17, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Jennifer Clark_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| APPLIANCE COMPUTING III, INC. D/B/A SUREFIELD, APPLIANCE COMPUTING III, INC. | § § § § § | NO:  WA:20-CV-00376-ADA |
| vs. | | |
| REDFIN CORPORATION, REDFIN CORPORATION, APPLIANCE COMPUTING III, INC. | | |

## JURY NOTE #1

The foreperson is: _____

███████████████████

FOREPERSON

RESPONSE:

DATE:  ___17MAY 22___  TIME:  ___1:15___

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

May  17, 2022

2:50 pm