**FILED**
May 17, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Jennifer Clark___
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD,<br><br>*Plaintiff*,<br><br>v.<br><br>REDFIN CORPORATION,<br><br>*Defendant*. | §§§§§§§§§  CIVIL ACTION NO. 6:20-cv-00376-ADA<br><br>May 17 2022<br>5:00 pm |

# VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Jury Instructions and follow the directions provided throughout this form. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

In this verdict form, "Surefield" and "Plaintiff" refers Appliance Computing III, Inc. d/b/a Surefield. "Redfin" or "Defendant" refers to Redfin Corporation. In this verdict form, the '885 Patent refers to U.S. Patent No. 9,836,885; the '673 Patent refers to U.S. Patent No. 10,102,673; the '111 Patent refers to U.S. Patent No. 10,510,111; and the '973 Patent refers to U.S. Patent No. 10,592,973.

**Begin by answering Question Nos. 1 and 2, and then follow the further instructions before proceeding to Question Nos. 3 and 4.**

1

## QUESTION 1 – INFRINGEMENT:

Did Plaintiff Surefield prove by a preponderance of the evidence that Defendant Redfin infringes any of the following claims:

    Check "Yes" or "No" for each listed claim.

    A "Yes" is a finding for Surefield, and a "No" is a finding for Redfin.

### '885 PATENT

| Claim | YES | NO |
|---|---|---|
| Claim 1: | | ✓ |
| Claim 3: | | ✓ |
| Claim 9: | | ✓ |

### '673 PATENT

| Claim | YES | NO |
|---|---|---|
| Claim 1: | | ✓ |
| Claim 2: | | ✓ |
| Claim 10: | | ✓ |

### '111 PATENT

| Claim | YES | NO |
|---|---|---|
| Claim 18: | | ✓ |
| Claim 22: | | ✓ |

### '973 PATENT

| Claim | YES | NO |
|---|---|---|
| Claim 4: | | ✓ |
| Claim 17: | | ✓ |

## QUESTION 2 – INVALIDITY:

Did Defendant Redfin prove by clear and convincing evidence that any of the following claims are invalid?

**A "Yes" is a finding for Redfin, and a "No" is a finding for Surefield.**

### '885 PATENT

| | | |
|---|---|---|
| Claim 1: | YES ✓ | NO ____ |
| Claim 3: | YES ✓ | NO ____ |
| Claim 9: | YES ✓ | NO ____ |

### '673 PATENT

| | | |
|---|---|---|
| Claim 1: | YES ✓ | NO ____ |
| Claim 2: | YES ✓ | NO ____ |
| Claim 10: | YES ✓ | NO ____ |

### '111 PATENT

| | | |
|---|---|---|
| Claim 18: | YES ✓ | NO ____ |
| Claim 22: | YES ✓ | NO ____ |

### '973 PATENT

| | | |
|---|---|---|
| Claim 4: | YES ✓ | NO ____ |
| Claim 17: | YES ✓ | NO ____ |

If you have reached this point in the verdict form, you should have answered Question Nos. 1-2. If you have not answered Question Nos. 1-2, please go back and answer them before proceeding.

If you answered "No" to <u>all parts</u> of Question 1, then skip Question Nos. 3-4. Proceed to the Final Page of the Verdict Form and follow the instructions given there.

If you answered "Yes" to <u>all parts</u> of Question 2, then skip Question Nos. 3-4. Proceed to the Final Page of the Verdict Form and follow the instructions given there.

You should answer Question Nos. 3-4 only if you answered "YES" in Question No. 1 for at least one claim that you also answered "NO" to in Question 2. In other words, answer Question Nos. 3-4 only if at least one claim is infringed (Question No. 1) and is not invalid (Question No. 2).

## QUESTION 3 – DAMAGES:

What is the amount of damages you find Surefield has proven by a preponderance of the evidence?

**Amount:**

$ _____

## QUESTION 4 – WILLFUL INFRINGEMENT:

Did Surefield prove by a preponderance of the evidence that Redfin's infringement was willful?

**Check "Yes" or "No" for each listed Patent for which you found at least one claim infringed (in Question No. 1) and not invalid (in Question No. 2).**

**A "Yes" is a finding for Surefield, and a "No" is a finding for Redfin.**

'885 Patent:   YES____   NO____

'673 Patent:   YES____   NO____

'111 Patent:   YES____   NO____

'973 Patent:   YES____   NO____

6

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. After you are satisfied that your unanimous answers are correctly reflected above, your jury foreperson should then sign and date this Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The jury foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Signed this 17 day of May, 2022.

███████████████████████████
Jury Foreperson