# EXHIBIT A

**SUBPOENA SERVICE FEES (28 U.S.C. § 1920(1))**

| Vendor | Invoice Date | Invoice # | Third Party | Description of Services | Total Cost | Hours Claimed | Total Cost ($65/hour) |
|---|---|---|---|---|---|---|---|
| First Legal Network LLC | 5/31/21 | 20191510 | YouTube | Service of subpoena | $171.31 | 1 | $65.00 |
| First Legal Network LLC | 5/31/21 | 20191511 | Vimeo | Service of subpoena | $290.85 | 1 | $65.00 |
| First Legal Network LLC | 6/30/21 | 20194999 | Simon Windor; Robert McGarty | Attempted service of subpoenas | $632.40 | 2 | $130.00 |
| First Legal Network LLC | 6/30/21 | 20195000 | Robert McGarty | Service of subpoena | $350.85 | 1 | $65.00 |
| First Legal Investigations | 6/30/21 | 56429 | Mose Andre | Locate and service of subpoena | $621.55 | 2 | $130.00 |
| First Legal Investigations | 6/30/21 | 56430 | Simon Windor | Service of subpoena | $295.00 | 1 | $65.00 |
| First Legal Investigations | 7/31/21 | 56903 | Simon Windor | Attempted service of subpoena | $342.15 | 1 | $65.00 |
| | | | | | *$2,704.11* | | **$585.00** |

# FL **First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

**INVOICE**

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 20191510 | 12053 |
| **Invoice Date** | **Total Due** |
| 5/31/21 | 171.31 |
| | |
| | |
| | |

TAX ID# 27-3093840

Marton Ribera Schumann & Chang
Attn:Ryan Marton
548 MARKET STREET, SUITE 36117
SAN FRANCISCO, CA 94104

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|
| 12053 | 20191510 | 5/31/21 | 171.31 | 1 | |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 5/21/21 | 7806897 | B3D | Marton Ribera Schumann & Chang        YouTube, LLC c/o Corporation Servic | Base Chg : 119.00 | |
| PROCESS-BRANCH 3 DAYS | | | 548 MARKET STREET        2710 Gateway Oaks Dr<br>SAN FRANCISCO    CA 94104        SACRAMENTO        CA 95833<br>Caller: LAUREN   WHITTEMO<br>6:20-cv-00376        ADVANCE FEES<br>APPLIANCE COMPUTING III, INC. D/B/A SUREFIELD v. R<br>Subpoena to Testify at a Deposition<br><br>Signed: Lai Saevang client rep        Ref: APPLIANCE V. REDFIN | Fuel Chg : 10.71<br>Adv/Wit Ck: 40.00<br>Check Chg : 1.60 | 171.31 |
| | | | Invoice Amount:      131.31<br>Fees Advanced:       40.00<br>**Total   Amount Due**:      171.31 | | |
| | | | *** REPRINT *** | **Total** | 171.31 |

## INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 20191511 | 12053 |
| **Invoice Date** | **Total Due** |
| 5/31/21 | 290.85 |
| | |
| | |
| | |

TAX ID# 27-3093840

Marton Ribera Schumann & Chang
Attn:Ryan Marton
548 MARKET STREET, SUITE 36117
SAN FRANCISCO, CA 94104

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12053 | 20191511 | 5/31/21 | 290.85 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 5/20/21 | 7806688 | FNP | Marton Ribera Schumann & Chang       VIMEO, INC C/O THE CORP TRUST COMPA   Base Chg : 249.25 | | |
| PROCESS-FORWARD NEXT DAY | | | 548 MARKET STREET                    1209 ORANGE ST                        Adv/Wit Ck: 40.00 | | |
| | | | SAN FRANCISCO    CA 94104            WILMINGTON    DE 19801               Check Chg : 1.60 | | 290.85 |
| | | | Caller: Lauren Whittemor | | |
| | | | 6:20-CV-00376                        RUSH SERVE | | |
| | | | Appliance Computing  V. REDFIN CORP | | |
| | | | SUBPOENA | | |
| | | | | | |
| | | | Signed: Amy McClaren                 Ref: APPLICANCE V. REDFIN | | |

Invoice Amount:      250.85
Fees Advanced:        40.00
**Total   Amount Due:**      290.85

*** REPRINT ***                    **Total**      290.85

## INVOICE PAYMENT DUE UPON RECEIPT

# FL

**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 20194999 | 12053 |
| **Invoice Date** | **Total Due** |
| 6/30/21 | 632.40 |
| | |
| | |
| | |

TAX ID# 27-3093840

Marton Ribera Schumann & Chang
Attn:Ryan Marton
548 MARKET STREET, SUITE 36117
SAN FRANCISCO, CA 94104

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|
| | 12053 | 20194999 | 6/30/21 | 632.40 | 1 | |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/09/21<br>PROCESS-FORWARD SAME DAY | 7811495 | FSP | Marton Ribera Schumann & Chang<br>548 MARKET STREET<br>SAN FRANCISCO    CA 94104<br>Caller: Phil Haack<br>6:20-cv-00376<br>APPLIANCE V. REDFIN<br>SUB TO TESTIFY<br><br>Signed: Close | SIMON WINDOR<br>▮▮▮▮▮▮▮▮▮▮<br>SEATTLE         WA 98118<br><br>ADVANCE FEES<br>40.00<br><br>Ref: APPLIANCE V. REDFIN | Base Chg :    309.25<br>PDF/Ship :      6.95 | 316.20 |
| 6/09/21<br>PROCESS-FORWARD SAME DAY | 7811496 | FSP | Marton Ribera Schumann & Chang<br>548 MARKET STREET<br>SAN FRANCISCO    CA 94104<br>Caller: Phil Haack<br>6:20-cv-00376<br>APPLIANCE V. REDFIN<br>SUB TO TESTIFY<br><br>Signed: New Address 7813031 | ROBERT MCGARTY<br>▮▮▮▮▮▮▮▮▮▮<br>SEATTLE         WA 98105<br><br>ADVANCE FEES<br>40.00<br>ALT HOME ADDRESS:<br>▮▮▮▮▮▮▮▮▮<br><br>Ref: APPLIANCE V. REDFIN | Base Chg :    309.25<br>PDF/Ship :      6.95 | 316.20 |
| | | | | **Total** | | 632.40 |

## INVOICE PAYMENT DUE UPON RECEIPT

# FL First Legal Network, LLC
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 20195000 | 12053 |
| **Invoice Date** | **Total Due** |
| 6/30/21 | 350.85 |
| | |
| | |
| | |

Marton Ribera Schumann & Chang
Attn:Ryan Marton
548 MARKET STREET, SUITE 36117
SAN FRANCISCO, CA 94104

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|
| | 12053 | 20195000 | 6/30/21 | 350.85 | 1 | |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 6/16/21 | 7813031 | FSP | Marton Ribera Schumann & Chang  ROBERT MCGARTY<br>548 MARKET STREET<br>SAN FRANCISCO   CA 94104   [redacted]  SEATTLE   WA 98107<br>Caller: Phil Haack<br>6:20-cv-00376<br>APPLIANCE COMPUTING III, INC. D/B/A SUREFIELD v. R<br>SUBPOENA TO TESTIFY AT A DEPOSITION | Base Chg :<br>Adv/Wit Ck:<br>Check Chg : | 309.25<br>40.00<br>1.60 | | 350.85 |
| PROCESS-FORWARD SAME DAY | | | | | | | |
| | | | Signed: ROBERT MCGARTY          Ref: NOT PROVIDED | | | | |
| | | | Invoice Amount:      310.85<br>Fees Advanced:       40.00<br>**Total   Amount Due:**      350.85 | | | | |
| | | | | | | **Total** | 350.85 |

## INVOICE PAYMENT DUE UPON RECEIPT

**First Legal Investigations**
CA PI: 24171  AZ PI: 1551710  NV PI-PS: 1452

P.O. BOX 841441
Dallas, TX 75284-1441

TAX ID# 91-2199437

*** REPRINT ***

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 56429 | 91204 |
| **Invoice Date** | **Total Due** |
| 6/30/21 | 621.55 |
| | |
| | |
| | |

Marton Ribera Schumann & Chang
Attn:Ryan Marton
548 MARKET STREET, SUITE 36117
SAN FRANCISCO, CA 94104

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 91204 | 56429 | 6/30/21 | 621.55 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/10/21<br><br>LOCATE | 106657 | LOC | Marton Ribera Schumann & Chang<br>548 MARKET STREET<br>SAN FRANCISCO    CA 94104<br>Caller: Phil Haack<br><br><br>Signed: COMPLETED | Mose Andre<br><br><br><br>INVESTIGATION-LOCATE<br>Skip trace<br><br>Ref: APPLIANCE COMPUTING-RED | INVEST CHG:    295.00 | 295.00 |
| 6/16/21<br><br>INVESTIGATION PROCESS | 106753 | SOP | Marton Ribera Schumann & Chang<br>548 MARKET STREET<br>SAN FRANCISCO    CA 94104<br>Caller: Phil Haack<br><br>Signed: BAD ADDRESS | Mose Andre<br>▉▉▉▉▉▉▉<br>Brinnon        WA 98320<br><br>Serve<br><br>Ref: APPLIANCE COMPUTING-RED | PROCESS   :    279.75<br>MILEAGE   :     46.80 | 326.55 |

*** REPRINT ***        **Total**        621.55

# INVOICE PAYMENT DUE UPON RECEIPT

# FL
## First Legal Investigations
CA PI: 24171  AZ PI: 1551710  NV PI-PS: 1452

P.O. BOX 841441
Dallas, TX 75284-1441

TAX ID# 91-2199437

*** REPRINT ***

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 56430 | 91204 |
| **Invoice Date** | **Total Due** |
| 6/30/21 | 295.00 |
| | |
| | |
| | |

Marton Ribera Schumann & Chang
Attn:Ryan Marton
548 MARKET STREET, SUITE 36117
SAN FRANCISCO, CA 94104

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|
| 91204 | 56430 | 6/30/21 | 295.00 | 1 | |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/14/21 | 106692 | LOC | Marton Ribera Schumann & Chang    SIMON WINDOR | INVEST CHG: | 295.00 | 295.00 |
| LOCATE | | | 548 MARKET STREET<br>SAN FRANCISCO    CA 94104    SEATTLE          WA 98118<br>Caller: Phil Haack<br>6:20-cv-00376              ADVANCE FEES<br>APPLIANCE V. REDFIN       40.00<br>SUB TO TESTIFY | | | |
| | | | Signed: COMPLETED         Ref: APPLIANCE V. REDFIN | | | |

*** REPRINT ***   **Total**                 295.00

# INVOICE PAYMENT DUE UPON RECEIPT

# FL First Legal Investigations
CA PI: 24171  AZ PI: 1551710  NV PI-PS: 1452

P.O. BOX 841441
Dallas, TX 75284-1441

TAX ID# 91-2199437

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 56903 | 91204 |
| **Invoice Date** | **Total Due** |
| 7/31/21 | 342.15 |
| | |
| | |
| | |

Marton Ribera Schumann & Chang
Attn:Ryan Marton
548 MARKET STREET, SUITE 36117
SAN FRANCISCO, CA 94104

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|
| 91204 | 56903 | 7/31/21 | 342.15 | 1 | |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/17/21 | 106769 | SOP | Marton Ribera Schumann & Chang     SIMON WINDOR<br>548 MARKET STREET<br>SAN FRANCISCO    CA 94104      SEATTLE          WA 98122<br>Caller: Phil Haack                 Comment: MULT ATTS<br>6:20-cv-00376                      ADVANCE FEES<br>APPLIANCE V. REDFIN                40.00<br>SUB TO TESTIFY<br><br>Signed: ATTEMPTS MADE              Ref: APPLIANCE V. REDFIN | | PROCESS  :  279.75<br>MILEAGE  :   62.40 | 342.15 |
| INVESTIGATION PROCESS | | | | | | |
| | | | | | **Total** | 342.15 |

## INVOICE PAYMENT DUE UPON RECEIPT