# EXHIBIT D

**WITNESS ATTENDANCE FEES (28 U.S.C. § 1821(b))**

| Witness | Event | Days of Attendance | Attendance Fee |
|---|---|---:|---:|
| Bell, Matthew | Deposition | 1 | $40.00 |
| Bokhari, Sheharyar | Deposition | 1 | $40.00 |
| Furukawa, Yasutaka | Deposition | 1 | $40.00 |
| Furukawa, Yasutaka | Trial | 1 | $40.00 |
| Gausebeck, Dave | Deposition | 1 | $40.00 |
| Gausebeck, Dave | Trial | 1 | $40.00 |
| Hu, Peter | Deposition | 1 | $40.00 |
| Johnson, Brian | Deposition | 1 | $40.00 |
| Kelman, Glenn | Deposition | 1 | $40.00 |
| Kota, Justin | Deposition | 1 | $40.00 |
| Malackowski, James | Deposition | 1 | $40.00 |
| Malackowski, James | Trial | 4 | $160.00 |
| Michel, Daniel | Deposition | 1 | $40.00 |
| Navratil, Paul | Deposition | 2 | $80.00 |
| Navratil, Paul | Trial | 5 | $200.00 |
| Stocking, Chris | Deposition | 1 | $40.00 |
| Taylor, Lisa | Deposition | 1 | $40.00 |
| Wiener, Adam | Deposition | 1 | $40.00 |
| Wiener, Adam | Trial | 1 | $40.00 |
| Xiao, Allen | Deposition | 1 | $40.00 |
| | | | $1,120.00 |

**TRIAL WITNESS TRAVEL AND SUBSISTENCE COSTS (28 U.S.C. § 1821(c),(d))**

| Witness | No. of Days | Lodging ($107/day) | Meals & Incidentals ($64/day) | Description of Requested Travel Costs | Requested Travel Costs | Total Costs |
|---|---|---|---|---|---|---|
| Furukawa, Yasutaka (Vancouver, Canada) | 1 | $107.00 | $64.00 | Air and ground transit | $2,114.53 | $2,285.53 |
| Gausebeck, Dave (SF Bay Area, CA) | 1 | $107.00 | $64.00 | Air transit | $864.94 | $1,035.94 |
| Malackowski, James (Chicago, IL) | 4 | $428.00 | $256.00 | Air and ground transit | $1,464.00 | $2,148.00 |
| Navratil, Paul (Austin, TX) | 5 | $535.00 | $320.00 | Ground transit (privately-owned car) (~208 miles) | $121.68 | $976.68 |
| Wiener, Adam (Seattle, WA) | 1 | $107.00 | $64.00 | Air and ground transit | $1,654.01 | $1,825.01 |
| | | $1,284.00 | $768.00 | | $6,219.16 | **$8,271.16** |

 Official Website of the Department of Homeland Security



# AUTHORIZATION APPROVED

**Download** ⬇  **Print** 🖨  **Close** ⊗

Your travel authorization has been approved and you are authorized to travel to the United States under the Visa Waiver Program. This does not guarantee admission to the United States; a Customs and Border Protection (CBP) officer at a port of entry will have the final determination.

| APPLICATION NUMBER | EXPIRATION DATE |
|---|---|
| ███████████████████████████████████ | |

## PAYMENT RECEIPT

Payment Date:                      April 7, 2022 1:43:9 AM
Payment Tracking Code:             ████████
**Payment Received:**              $14.00

# APPLICANT INFORMATION

**Family Name**
FURUKAWA

**First (Given) Name**
YASUTAKA



## OTHER CITIZENSHIP/NATIONALITY

Privacy - Terms

**Address While in the U.S.**

| Address Line 1 | Address Line 2 | Apartment Number |
|---|---|---|

| City | State/Province/Region |
|---|---|
| WACO | TEXAS |

**EMERGENCY CONTACT INFORMATION IN OR OUT OF THE U.S.**

| Family Name | First (Given) Name | E-mail Address |
|---|---|---|

## ELIGIBILITY QUESTIONS

**1) Do you have a physical or mental disorder; or are you a drug abuser or addict; or do you currently have any of the following diseases (communicable diseases are specified pursuant to section 361(b) of the Public Health Service Act):**

- **Cholera**
- **Diphtheria**
- **Tuberculosis, infectious**
- **Plague**
- **Smallpox**
- **Yellow Fever**
- **Viral Hemorrhagic Fevers, including Ebola, Lassa, Marburg, Crimean-Congo**
- **Severe acute respiratory illnesses capable of transmission to other persons and likely to cause mortality.**

 Gmail

## Confirmed: Rapid Antigen Test - BURNABY with Covid Travel Vancouver - BURNABY LOCATION on Monday, May 9, 2022

1 message

**Calendly** <no-reply@calendly.com>                    Fri, Apr 29, 2022 at 11:38 AM



travel vancouver

Hi Yasutaka Furukawa,

Your Rapid Antigen Test - BURNABY with Covid Travel Vancouver BURNABY LOCATION at **02:15pm (Pacific Time   US & Canada)** on **Monday, May 9, 2022** is scheduled.

**Please note the full payment has been made for 1 person. If for more than 1 person, payment will be made onsite at the time of testing.**



**Flight details: date & time of travel, destination ***We do not provide testing for symptomatic or suspected cases of COVID 19\*\*\***

May 10th. 12:45pm

From Vancouver to Dalla   Fort Worth

American Airlines 1415

**Amount Paid:** $103.95 CAD

**Payment Terms:**

This is a full payment of $99 + GST. $50 + GST is non-refundable administration fee for cancellations. Please note additional family members booked on the same appointment will pay in full at time of appointment.

| Add to Google Calendar | Add to iCal/Outlook |
|---|---|

# Uber

May 10  2022

## Thanks for tipping, Yasutaka

We hope you enjoyed your ride this afternoon

Total  –                                                                              CA$64.10

| | |
|---|---|
| rip fare | CA$52.77 |

| | |
|---|---|
| Subtotal | CA$52 77 |
| Booking Fee | CA$2 60 |
| Premium Location Surcharge | CA$4 00 |
| Temporary Fuel Surcharge | CA$0 50 |
| Municipal License Recovery Surcharge | CA$0 10 |
| BC License Recovery Surcharge | CA$0 30 |
| Promotion | CA$12 00 |
| Tips | CA$12 82 |
| GST | CA$3 01 |

## Payments



5/10/22 10:29 AM                                                              CA$64.10

Visit the trip page for more information  including invoices (where available)

You rode with Fangyang

**Comfort**    30 00 kilometers   51
min

9 02 AM                                          BC V5A 0E5  CA

9 54 AM   3211 Grant McConachie Way  Richmond  BC V7B 0A4  CA

Fare does not include fees that may be charged by your bank  Please contact your bank directly for inquiries

# Uber

May 10  2022

# Thanks for tipping, Yasutaka

We hope you enjoyed your ride this evening

| Total | $21.12 |
|---|---|

| rip fare | $14.53 |
|---|---|

| Subtotal | $14 53 |
|---|---|
| Regulatory Cost Recovery Charge | $0 11 |
| Temporary fuel surcharge | $0 55 |
| Tolls  Surcharges  and Fees | $2 93 |
| Tip | $3 00 |

## Payments

| ███████████████████████████ | $21.12 |
|---|---|

Visit the trip page for more information  including invoices (where available)

You rode with Leann

UberX    7 84 miles   12 min

| 10 23 PM | 7909 Karl May Dr  Waco  TX 76708  US |
|---|---|
| 10 35 PM | 101 Washington Ave  Waco  TX 76701  US |

Fare does not include fees that may be charged by your bank  Please contact your bank directly for inquiries

 Gmail

## ENTERPRISE RENTAL AGREEMENT 6FVYLR

1 me   age

<Customerservice@enterprise.com>                    Sat, May 14, 2022 at 11:23 AM

**EAN HOLDINGS, LLC, 7909 KARL MAY DR , WACO, TX** 767085540 (254) 755 8324

**RENTAL AGREEMENT REF#**

**RENTER**
FURUKAWA, YASUTAKA

**DATE & TIME OUT**
05/12/2022 04:37 PM
**DATE & TIME IN**
05/12/2022 06:01 PM

**BILLING CYCLE**
24-HOUR

**VEH #1 2021 CHEV MALI LTME**

**MILES DRIVEN**      221

**RATE SOURCE ACCOUNT**
ENTERPRISE PLUS

### SUMMARY OF CHARGES

| Charge Description | Date | Quantity | Per | Rate | Total |
|---|---|---|---|---|---|
| TIME & DISTANCE | 05/12 - 05/12 | 1 | DAY | $93.10 | $93.10 |
| DW | 05/12   05/12 | 1 | DAY | $21 99 | $21 99 |
| | | | | Subtotal: | **$115.09** |
| **Taxes & Surcharges** | | | | | |
| AIRPORT ACCESS FEES | 05/12 - 05/12 | | | 11.1% | $10.51 |
| CONSOLIDATED FACILITY CHARGE | 05/12 - 05/12 | 1 | DAY | $1.95 | $1.95 |
| MCLENNAN COUNTY VENUE TAX | 05/12 - 05/12 | | | 5% | $6.46 |
| T   MOTOR VEHICLE RENTAL TAX | 05/12 - 05/12 | | | 10% | $12.91 |
| VLF REC | 05/12 - 05/12 | 1 | DAY | $1.59 | $1.59 |
| | | | | Total Charges: | **$148.51** |

**Bill To / Depo it**

DEPOSITS                                              ($148.51)

**Total Amount Due**                              **$0.00**

**PAYMENT INFORMATION**
**AMOUNT PAID**          **TYPE**          **CREDIT CARD NUMBER**
$148.51

1/1

Premium Location Surcharge                                     CA$4.00

Tips                                                          CA$12.92

GST                                                           CA$3.08

## Payments

5/13/22 1:22 PM                                              CA$77.52

By law, fares charged must be at least $3.35. If you are initially charged less than $3.35 due to a promotion, your fare will be increased to $3.35, with a new receipt, within 72 hours.

Visit the trip page for more information, including invoices (where available)

Switch Payment Method

Download PDF

◆  Uber Rewards

Base points ❓                                                     99

2 points per eligible $ on Uber Comfort

## You rode with Navpreet

4.96 ★ Rating                    👤  Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident

Learn more  ›

Comfort

36.67 kilometers | 50 min

■ 12:13 PM

3880 Grant McConachie Way,
Richmond, BC V7B, CA

▮ 1:03 PM

████████████████

Burnaby, BC V5A 0E8,
Canada



Report lost item  ›        Contact support  ›                My trips  ›

Forgot pa   word

Privacy

Term

Uber Ra  ier Canada Inc

66 Wellington Street West Suite
5300, TD Bank Tower
Toronto ON M5K 1E6

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

 Gmail

**Your trip confirmation** ███████

**American Airlines** <no-reply@info.email.aa.com>                    Wed, Apr 6, 2022 at 11:15 PM

███████████

                                                      

I ued  7 April 2022

## Your trip confirmation and receipt

### Record Locator: ███████

We charged CAD 2,234.39 to your card ███████ for your ticket purchase.

A face covering is required while flying on American, except for children under 2 years old. You are also required to wear a face covering while in the airport before and after your flight. Read more about travel requirements.

You'll need your record locator to find your trip at the kiosk and when you call
Re ervation

| Manage your trip |
| :---: |

---

## Tuesday, 10 May 2022

YVR                          DFW                    Seat:    3F
**12:45** PM  →  **7:06** PM          Class:   (D)
                                                 Meals:   Lunch
Vancouver                    Dallas/Fort Worth

**AA 1415**

| DFW | | ACT | Seat: | 6B |
|---|---|---|---|---|
| **9:32** PM | → | **10:14** PM | Cla | (V) |
| Dallas/Fort Worth | | Waco | Meals: | |

**AA 3683**

Operated by ENVOY AIR a   AMERICAN EAGLE

---

## Friday, 13 May 2022

| ACT | | DFW | Seat: | 16A |
|---|---|---|---|---|
| **6:30** AM | → | **7:27** AM | Cla | (K) |
| Waco | | Dallas/Fort Worth | Meals: | |

**AA 3512**

Operated by ENVOY AIR a   AMERICAN EAGLE

---

| DFW | | YVR | Seat: | 1E |
|---|---|---|---|---|
| **9:29** AM | → | **11:46** AM | Cla | (C) |
| Dallas/Fort Worth | | Vancouver | Meals: | Breakfast |

**AA 1415**

---

## Your purchase

**YASUTAKA FURUKAWA**

████████████

---

| New ticket | CAD 2,234.39 |
|---|---|
| Ticket #: 0012418993552 | |
| [CAD 2,004.99 + Taxes and fees CAD 229.40 ] | |

---

| **Total** | **CAD 2,234 39** |
|---|---|

---

| **Total cost** (all passengers) | **CAD 2,234.39** |
|---|---|

## Your payment

Credit Card ( ████████████████ )             CAD 2,234.39

**Total paid**             **CAD 2,234.39**

## Bag information

### Checked bags

**Airport**

1$^t$ bag            2nd bag

No charge         No charge

Ma imum dimen ion  62 inche  or 158 centimeter  calculated a  (length + width + height)
Ma  imum weight 70 pound  or 32 kilogram

Bag fee  apply at each Check in location  Additional allowance  and/or di count  may apply
Bag and optional fee
If your flight i  operated by a partner airline,  ee the other airline'  web ite for carry on and
checked bag policie

*Online payment available beginning 24 hour  (and up to 4 hour ) before departure

### Carry on bags

**1st carry-on:** Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**2nd carry-on:** Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

   

Book a hotel »    Book a car »   Buy trip insurance »    Things to do »

Contact us    |    Privacy policy

Get the American Airlines app

REED & MACKAY TRAVEL INC
1601 MARKET ST
19TH FLOOR
PHILADELPHIA
PA 19103

TELEPHONE: 215-845-5555
EMAIL: CREDITCONTROLUSA@REEDMACKAY.COM
COMPANY No: 5783024



**MATTERPORT**
**352 EAST JAVA DRIVE**
**SUNNYVALE**
**CALIFORNIA**
**94089**
**UNITED STATES**

Traveler:
**DAVID ALAN GAUSEBECK**

## C O P Y   I N V O I C E

| | |
|---|---|
| Invoice Number: | R7442878 |
| Client Account: | ▮▮▮▮▮ |
| Date of Travel: | MAY 5, 2022 |
| Invoice Date: | APR 25, 2022 |

| | |
|---|---|
| Travel Organiser Name: | GARY LE |
| Trip Purpose: | TRIP TO DALLAS |
| Reference 3: | NA |
| Reference 4: | |
| Reference 5: | |
| RM Reference: | ▮▮▮▮▮▮▮ |

| Supplier | Qty | Service Description | | | | Amount $ | Total Net $ |
|---|---|---|---|---|---|---|---|
| 1  AA | 1 | **Domestic Air** | | | | 680.94 | 680.94 |
| | | AMERICAN AIRLINES Tkt No.: 001 7761082855 | | | | | |
| | | MAY 5 | AA2046 | San Jose, CA | Dallas - Fort Worth, TX | 12:11 PM  5:43 PM | Economy |
| | | MAY 13 | AA2834 | Dallas - Fort Worth, TX | San Jose, CA | 11:23 AM  1:01 PM | Economy |
| | 1 | **Airport Taxes** | | | | 80.27 | 80.27 |
| | 1 | **Service Fee** | | | | 10.00 | 10.00 |
| | | **Convenience charge** | | | | | 0.35 |
| | | Credit Card Payment | | VI | ▮▮▮▮▮ | | -761.21 |
| | | Credit Card Payment | | M   VI | ▮▮▮▮▮▮▮ | | -10.35 |

| Summary | | TOTAL |
|---|---|---|
| Invoice Total | | 771.56 |
| Payments | | -771.56 |
| **Total Due** | | **USD  0.00** |

**This invoice will be charged to the above credit card within one working day of the invoice date. If, for any reason, this charge is not accepted the invoice will become due for immediate payment.**

The company reserves the right to charge interest on unpaid invoices at the rate of 4% above Base Rate. Any costs incurred in recovering monies due will be charged to the client.

REED & MACKAY TRAVEL INC
1601 MARKET ST
19TH FLOOR
PHILADELPHIA
PA 19103

TELEPHONE: 215-845-5555
EMAIL: CREDITCONTROLUSA@REEDMACKAY.COM
COMPANY No: 5783024



## REED & MACKAY

**MATTERPORT**
**352 EAST JAVA DRIVE**
**SUNNYVALE**
**CALIFORNIA**
**94089**
**UNITED STATES**

Traveler:
**DAVID ALAN GAUSEBECK**

## C O P Y   I N V O I C E

| | |
|---|---|
| Invoice Number: | R7442890 |
| Client Account: | ▮ |
| Date of Travel: | MAY 5, 2022 |
| Invoice Date: | APR 25, 2022 |

| | |
|---|---|
| Travel Organiser Name: | GARY LE |
| Trip Purpose: | TRIP TO DALLAS |
| Reference 3: | NA |
| Reference 4: | |
| Reference 5: | |
| RM Reference: | ▮ |

| | Supplier | Qty | Service Description | | | Amount $ | Total Net $ |
|---|---|---|---|---|---|---|---|
| 1 | AA | 1 | **Seat Reservation** | | | 39.77 | 39.77 |
| | | | AMERICAN AIRLINES Tkt No.: 001 8300857141 | | | | |
| | | | COST OF PREFERRED SEATS | | | | |
| | | | MAY 5   AA2046   San Jose, CA | Dallas - Fort Worth, TX | 12:11 PM  5:43 PM  Economy | | |
| | | 1 | **Airport Taxes** | | | 2.98 | 2.98 |
| | | 1 | **Service Fee** | | | 10.00 | 10.00 |
| | | | **Convenience charge** | | | | 0.35 |
| | | | Credit Card Payment | CA | ▮ | | -42.75 |
| | | | Credit Card Payment | M   CA | ▮ | | -10.35 |

| **Summary** | | TOTAL |
|---|---|---|
| Invoice Total | | 53.10 |
| Payments | | -53.10 |
| **Total Due** | | **USD  0.00** |

**This invoice will be charged to the above credit card within one working day of the invoice date. If, for any reason, this charge is not accepted the invoice will become due for immediate payment.**

The company reserves the right to charge interest on unpaid invoices at the rate of 4% above Base Rate. Any costs incurred in recovering monies due will be charged to the client.

REED & MACKAY TRAVEL INC
1601 MARKET ST
19TH FLOOR
PHILADELPHIA
PA 19103

TELEPHONE: 215-845-5555
EMAIL: CREDITCONTROLUSA@REEDMACKAY.COM
COMPANY No: 5783024



**REED & MACKAY**

**MATTERPORT**
**352 EAST JAVA DRIVE**
**SUNNYVALE**
**CALIFORNIA**
**94089**
**UNITED STATES**

Traveler:
**DAVID ALAN GAUSEBECK**

# C O P Y   I N V O I C E

| | |
|---|---|
| Invoice Number: R7442896 | Travel Organiser Name: GARY LE |
| Client Account: ▮▮▮▮ | Trip Purpose: TRIP TO DALLAS |
| Date of Travel: MAY 13, 2022 | Reference 3: NA |
| Invoice Date: APR 25, 2022 | Reference 4: |
| | Reference 5: |
| | RM Reference: ▮▮▮▮▮▮ |

| | Supplier | Qty | Service Description | | | Amount $ | Total Net $ |
|---|---|---|---|---|---|---|---|
| 1 | AA | 1 | **Seat Reservation** | | | 27.84 | 27.84 |
| | | | AMERICAN AIRLINES Tkt No.: 001 8300857142 | | | | |
| | | | COST OF PREFERRED SEATS | | | | |
| | | | MAY 13   AA2834   Dallas - Fort Worth, TX | San Jose, CA | 11:23 AM 1:01 PM Economy | | |
| | | 1 | **Airport Taxes** | | | 2.09 | 2.09 |
| | | 1 | **Service Fee** | | | 10.00 | 10.00 |
| | | | **Convenience charge** | | | | 0.35 |
| | | | Credit Card Payment | CA | ▮▮▮▮ | | -29.93 |
| | | | Credit Card Payment | M   CA | ▮▮▮▮ | | -10.35 |

| **Summary** | | TOTAL |
|---|---|---|
| Invoice Total | | 40.28 |
| Payments | | -40.28 |
| **Total Due** | | **USD  0.00** |

**This invoice will be charged to the above credit card within one working day of the invoice date. If, for any reason, this charge is not accepted the invoice will become due for immediate payment.**

The company reserves the right to charge interest on unpaid invoices at the rate of 4% above Base Rate. Any costs incurred in recovering monies due will be charged to the client.



June 21, 2022

**VIA ELECTRONIC MAIL**

Ryan Marton, Esq.
Marton Ribera Schumann & Chang LLP
548 Market Street, Suite 36117
San Francisco, California 94104

RE:     *Appliance Computing III, Inc. d/b/a Surefield v. Redfin Corporation*
        6:20-cv-00376 – E.D. Tx

Dear Mr. Marton:

Enclosed is Ocean Tomo's billing for professional services rendered in connection with the above-referenced litigation during the month of May 2022.

Sincerely,

James E. Malackowski
Ocean Tomo, LLC

200 West Madison
37th Floor
Chicago, Illinois  60606
312.327.4400
www.oceantomo.com



*Appliance Computing III, Inc. d/b/a Surefield v. Redfin Corporation*
6:20-cv-00376 – E.D. Tx



### OUT OF POCKET EXPENSES

| Individual | Meals | Airfare | Ground | Lodging | Total |
|---|---|---|---|---|---|
| James Malackowski | ▮ | $1,076 | $388 | ▮ | ▮ |



# Adam,
# you're all set.

We can't wait to see you on board. Before you fly, view full
reservation details or make changes to your flight online.

**MANAGE TRIP**

Confirmation code:



---

**Alaska**
Flight 1144
Airbus A320

**Traveler(s)**
Adam Wiener
Seat: 6C★, Class: V (Coach)

**Sun, May 08**
**09:55 AM**

# SEA

Seattle

**Sun, May 08**
**04:04 PM**

# AUS

Austin

---

**Alaska**
Flight 429
Boeing 737-900 (Winglets)

**Traveler(s)**
Adam Wiener
Seat: 9D★, Class: S (Coach)

---

**Thu, May 12**
**07:25 PM**

# AUS

Austin

**Thu, May 12**
**10:00 PM**

# SEA

Seattle

★Premium Class seat has been selected for this flight.

---

**Summary of airfare charges**

Adam Wiener

| | |
|---|---|
| Base fare and surcharges | $500.47 |
| Taxes and other fees | $66.74 |
| Per-person total | $567.21 |

**Total charges for air travel**   **$567.21**

View all taxes, fees and charges.

Nonrefundable fare of $567.21 was charged to the American Express card with number ***********1003 held by Adam Wiener on Apr 24, 2022.

---

**Trip insurance by Allianz Global Assistance**

Purchase travel insurance benefits and travel assistance services for your trip from Allianz Global Assistance. Learn more.



# Adam,
# you're all set.

We can't wait to see you on board. Before you fly, view full reservation details or make changes to your flight online.

**MANAGE TRIP**

Confirmation code:

---

**Alaska**
Flight 1003
Airbus A320

**Traveler(s)**
Adam Wiener
Seat: 9F★, Class: M (Coach)

| | | |
|---|---|---|
| **Fri, May 13**<br>**08:00 AM** | ✈ | **Fri, May 13**<br>**10:36 AM** |
| # AUS | | # SEA |
| Austin | | Seattle |

★Premium Class seat has been selected for this flight.

## Summary of airfare charges



| | |
|---|---|
| Base fare and surcharges | $366.51 |
| Taxes and other fees | $42.09 |
| Per-person total | $408.60 |

**Total charges for air travel**   **$408.60**

View all taxes, fees and charges.

Nonrefundable fare of $408.60 was charged to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ held by Adam Wiener on Apr 24, 2022.

███████████

**From:** ████████████████████
**Sent:** Saturday, May 14, 2022 2:11 PM
**To:** ███████
**Subject:** Fw: Your confirmation receipt: ██████ for your flight to Dallas on 5/15/22.


----- Forwarded Message -----
**From:** Alaska Airlines <service@ifly.alaskaair.com>
**To:** ██████████████████
**Sent:** Saturday, May 14, 2022, 02:05:02 PM PDT
**Subject:** Your confirmation receipt: ████████ your flight to Dallas on 5/15/22.

# Adam,
# you're all set.

We can't wait to see you on board. Before you fly, view full reservation details or make changes to your flight online.

**MANAGE TRIP**

Confirmation code:

████████████████████

**Alaska**
Flight 158
Airbus A320

**Traveler(s)**
Adam Wiener
Seat: 6E★, Class: V (Coach)

**Sun, May 15**
**11:20 AM**

# SEA

Seattle



**Sun, May 15**
**05:17 PM**

# DAL

Dallas

**Alaska**
Flight 128
Boeing 737-800 (Winglets)

**Traveler(s)**

Adam Wiener
Seat: 8A★, Class: L (Coach)

**Tue, May 17**
**06:17 PM**

# DAL

Dallas



**Tue, May 17**
**08:40 PM**

# SEA

Seattle

★Premium Class seat has been selected for this flight.

### Summary of airfare charges

Adam Wiener

| | |
|---|---|
| Base fare and surcharges | $603.72 |
| Taxes and other fees | $74.48 |
| Per-person total | $678.20 |

**Total charges for air travel**                    $678.20

View all taxes, fees and charges.

Nonrefundable fare of $678.20 was charged to the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
held by Adam Wiener on May 14, 2022.

---

**Trip insurance by Allianz Global Assistance**

Purchase travel insurance benefits and travel assistance services for your trip
from Allianz Global Assistance. Learn more.



# Your MVP Gold 100K status goes global.

Unlock the perks of **one**world® Emerald tier status when you travel
with **one**world member airlines, including benefits like priority check-
in, fast-track through security, priority boarding, preferred seating,
baggage benefits and more.

**SEE BENEFITS**

 An official website of the United States government



# FY 2022 Per Diem Rates for Waco, Texas

I'm interested in:

## Lodging by month (excluding taxes) | October 2021 - September 2022

Cities not appearing below may be located within a county for which rates are listed. To determine what county a city is located in, visit the National Association of Counties (NACO) website (a non-federal website).

| Primary Destination ⓘ | County ⓘ | 2021 Oct | Nov | Dec | 2022 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Waco | McLennan | $107 | $107 | $107 | $107 | $107 | $123 | $123 | $107 | $107 | $107 | $107 | $107 |

## Meals & Incidentals (M&IE) Breakdown ⓘ

Use this table to find the following information for federal employee travel:

**M&IE Total** - the full daily amount received for a single calendar day of travel when that day is neither the first nor last day of travel.

**Breakfast, lunch, dinner, incidentals** - Separate amounts for meals and incidentals. M&IE Total = Breakfast + Lunch + Dinner + Incidentals. Sometimes meal amounts must be deducted from trip voucher. See More Information

**First & last day of travel** - amount received on the first and last day of travel and equals 75% of total M&IE.

| Primary Destination | County | M&IE Total | Continental Breakfast/Breakfast | Lunch | Dinner | Incidental Expenses | First & Last Day of Travel |
|---|---|---|---|---|---|---|---|
| Waco | McLennan | $64 | $14 | $16 | $29 | $5 | $48.00 |

I'm interested in:

Last Reviewed: 2022-08-16

🇺🇸 An official website of the United States government

# POV Mileage Rates (Archived)

Previous Airplane Reimbursement Rates

Previous Motorcycle Reimbursement Rates

Previous Automobile Reimbursement Rates

Previous Automobile Reimbursement Rates when Government-Owned Autos are Available

The following are previous mileage reimbursement rates for airplanes:

## Previous airplane rates

| Effective Dates | Rate Per mile |
|-----------------|---------------|
| January 1, 2022 | $1.515 |
| January 1, 2021 | $1.26 |
| January 1, 2020 | $1.27 |
| January 1, 2019 | $1.26 |
| January 1, 2018 | $1.21 |
| January 1, 2017 | $1.15 |

The following are previous mileage reimbursement rates for motorcycles :

## Previous motorcycle rates

| Effective dates | Rate per mile |
|-----------------|---------------|
| January 1, 2022 | $0.565 |

## questions

Have travel policy questions? Use our 'Have a Question?' site

Find COVID-19 Vaccines Near You

**Visit Vaccines.gov**

Or Call 1-800-232-0233




| Effective dates | Rate per mile |
|---|---|
| January 1, 2021 | $0.54 |
| January 1, 2020 | $0.545 |



| | |
|---|---|
| January 1, 2017 | $0.505 |

The following are previous privately owned automobile rates:

## Previous automobile rates

| Effective Date | Rate per mile |
|---|---|
| January 1, 2022 | $0.585 |
| January 1, 2021 | $0.56 |
| January 1, 2020 | $0.575 |
| January 1, 2019 | $0.58 |
| January 1, 2018 | $0.545 |
| January 1, 2017 | $0.535 |

The following are Previous Automobile Reimbursement Rates when Government-Furnished Autos are Available:

## Previous Government-Furnished Auto rates

| Effective Date | Rate per mile |
|---|---|
| January 1, 2022 | $0.18 |
| January 1, 2021 | $0.16 |
| January 1, 2020 | $0.17 |

| Effective Date | Rate per mile |
|---|---|
| January 1, 2019 | $0.20 |
| January 1, 2018 | $0.18 |
| January 1, 2017 | $0.17 |

QUESTIONS:

For all travel policy questions, e-mail travelpolicy@gsa.gov

Last Reviewed: 2022-06-29