# EXHIBIT E

**Apportioned Trial Graphics Fees for Exemplification (28 U.S.C. § 1920(4))**

| Invoice Date | Invoice # | Payee | Description | Cost | Cost + Sales Tax (8.25%) | Apportioned (48%) |
|---|---|---|---|---|---|---|
| *3/31/22* | *198* | *IMS Consulting & Expert Services* | *Trial consulting, strategy, and design direction (Lodge)* | *$24,381.75* | | |
| *3/31/22* | *198* | *IMS Consulting & Expert Services* | *Sales tax (8.25%)* | *$2,011.50* | | |
| 4/30/22 | 451 | IMS Consulting & Expert Services | Trial consulting, strategy, and design direction (Lodge) | $21,346.20 | $23,107.26 | $11,091.49 |
| *4/30/22* | *451* | *IMS Consulting & Expert Services* | *Graphic design & production* | *$278.00* | | |
| *4/30/22* | *451* | *IMS Consulting & Expert Services* | *Technology consulting & presentation* | *$5,898.75* | | |
| *4/30/22* | *451* | *IMS Consulting & Expert Services* | *Reimbursable expenses* | *$149.76* | | |
| *4/30/22* | *451* | *IMS Consulting & Expert Services* | *Sales tax (8.25%)* | *$2,283.11* | | |
| 5/23/22 | 697 | IMS Consulting & Expert Services | Trial consulting, strategy, and design direction (Lodge) | $46,017.05 | $49,813.46 | $23,910.46 |
| *5/23/22* | *697* | *IMS Consulting & Expert Services* | *Graphic design & production* | *$1,650.00* | | |
| *5/23/22* | *697* | *IMS Consulting & Expert Services* | *Technology consulting & presentation* | *$45,204.40* | | |
| *5/23/22* | *697* | *IMS Consulting & Expert Services* | *Reimbursable expenses* | *$3,970.07* | | |
| *5/23/22* | *697* | *IMS Consulting & Expert Services* | *Sales tax (8.25%)* | *$6,236.60* | | |
| | | | | *$159,427.19* | *$72,920.72* | **$35,001.94** |



**INVOICE**

**Client** Scott Stevens
Alston & Bird LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000

**cc** scott.stevens@alston.com

**Invoice #** 198
**Date** March 31, 2022
**Terms** Due Upon Receipt
**Billing Period** 3/1/22 - 3/31/22
**IMS Job** 51416-10262
**Case** Appliance Computing v. Redfin
**Phase** Trial Graphics

| Service Category and Providers | Hours | $/Hr | Tax | Total |
|---|---|---|---|---|
| **Trial Consulting, Strategy, & Design Direction**<br>Tracy Lodge | 82.65 | $ 295 | | $ 24,381.75 |

| | | |
|---|---|---|
| | Subtotal | $ 24,381.75 |
| | | |
| | Sales Tax (TX 8.25%) | $ 2,011.50 |
| | Less: Payments Received | $ (10,000.00) |
| | **Remaining Balance Due** | $ 16,393.25 |



**INVOICE**

| | | | |
|---|---|---|---|
| **Client** | Scott Stevens | **Invoice #** | 451 |
| | Alston & Bird LLP | **Date** | April 30, 2022 |
| | Bank of America Plaza | **Terms** | Due Upon Receipt |
| | 101 South Tryon Street, Suite 4000 | **Billing Period** | 4/1/22 - 4/30/22 |
| | Charlotte, NC 28280-4000 | **IMS Job** | 51416-10262 |
| **cc** | scott.stevens@alston.com | **Case** | Appliance Computing v. Redfin |
| | | **Phase** | Trial Graphics |

| Service Category and Providers | Hours | $/Hr | Tax | Total |
|---|---|---|---|---|
| **Trial Consulting, Strategy, & Design Direction** | | | | |
| Tracy Lodge | 72.36 | $ 295 | | $   21,346.20 |
| **Graphic Design & Production** | | | | |
| Associate Graphic Designer | 1.39 | $ 200 | | $        278.00 |
| **Technology Consulting & Presentation** | | | | |
| Senior Technology Consultant | 21.45 | $ 275 | | $     5,898.75 |
| **Reimbursable Expenses & Applicable Charges** | | | | |
| Reimbursable expenses | | | | $        149.76 |

| | | |
|---|---|---|
| Subtotal | $ | 27,672.71 |
| | | |
| Sales Tax (TX 8.25%) | $ | 2,283.11 |
| Less: Payments Received | $ | - |
| **Remaining Balance Due** | **$** | **29,955.82** |



**INVOICE**

| | | | | |
|---|---|---|---|---|
| **Client** Scott Stevens | | **Invoice #** 697 | | |
| Alston & Bird LLP | | **Date** May 23, 2022 | | |
| Bank of America Plaza | | **Terms** Due Upon Receipt | | |
| 101 South Tryon Street, Suite 4000 | | **Billing Period** 5/1/22 - 5/22/22 | | |
| Charlotte, NC 28280-4000 | | **IMS Job** 51416-10262 | | |
| **cc** scott.stevens@alston.com | | **Case** Appliance Computing v. Redfin | | |
| | | **Phase** Trial Graphics | | |

| Service Category and Providers | Hours | $/Hr | Tax | Total |
|---|---|---|---|---|
| **Trial Consulting, Strategy, & Design Direction** | | | | |
| Tracy Lodge | 155.99 | $ 295 | Y | $ 46,017.05 |
| | | | | |
| **Graphic Design & Production** | | | | |
| Associate Graphic Designer | 8.25 | $ 200 | Y | $ 1,650.00 |
| | | | | |
| **Technology Consulting & Presentation** | | | | |
| Senior Technology Consultant | 87.57 | $ 295 | Y | $ 25,833.15 |
| Senior Technology Consultant - Present | 56.80 | $ 295 | | $ 16,756.00 |
| Senior Technology Consultant Support | 9.51 | $ 275 | Y | $ 2,615.25 |
| | | | | |
| **Reimbursable Expenses & Applicable Charges** | | | | |
| Reimbursable expenses | | | | $ 3,970.07 |

| | |
|---|---|
| Subtotal | $ 96,841.52 |
| Sales Tax (TX 8.25%) | $ 6,236.60 |
| Less: Payments Received | $ - |
| **Remaining Balance Due** | **$ 103,078.12** |