# EXHIBIT F

**Apportioned Source Code Copy Inspection Costs (28 U.S.C. § 1920(4))**

| Invoice Date | Invoice # | Payee | Cost | Apportioned Cost | Description of Apportioned Cost |
|---|---|---|---|---|---|
| 5/17/21 | 1091 | SecureReview, Inc. | $4,000.00 | $4,000.00 | Project set up fee and user setup fee for Plaintiff |
| 6/3/21 | 1137 | SecureReview, Inc. | $4,500.00 | $4,500.00 | User set up fees for Plaintiff |
| 7/31/21 | 1274 | SecureReview, Inc. | $4,200.00 | $1,200.00 | Ongoing user fees for Plaintiff |
| 8/31/21 | 1377 | SecureReview, Inc. | $3,900.00 | $3,900.00 | User set up and ongoing user fees for Plaintiff |
| 9/30/21 | 1487 | SecureReview, Inc. | $1,500.00 | $900.00 | Ongoing user fees for Plaintiff |
| 11/16/21 | 1546 | SecureReview, Inc. | $3,600.00 | $1,500.00 | Ongoing user fees for Plaintiff |
| 12/20/21 | 1625 | SecureReview, Inc. | $2,100.00 | $1,500.00 | Ongoing user fees for Plaintiff |
| 1/25/22 | 1694 | SecureReview, Inc. | $2,400.00 | $1,500.00 | Ongoing user fees for Plaintiff |
| 2/23/22 | 1768 | SecureReview, Inc. | $2,400.00 | $1,500.00 | Ongoing user fees for Plaintiff |
| 3/28/22 | 1837 | SecureReview, Inc. | $2,400.00 | $1,500.00 | Ongoing user fees for Plaintiff |
| 4/23/22 | 1908 | SecureReview, Inc. | $2,400.00 | $1,500.00 | Ongoing user fees for Plaintiff |
| 5/26/22 | 1959 | SecureReview, Inc. | $2,400.00 | $1,500.00 | Ongoing user fees for Plaintiff |
| 6/20/22 | 1990 | SecureReview, Inc. | $3,200.00 | $1,900.00 | Ongoing user fees for Plaintiff |
| | | | | **$26,900.00** | |



SecureReview, Inc.
1-888-670-6802

PO Box 475
Suffern, New York
10901
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ryan Marton<br>Marton Ribera Schumann & Chang LLP<br>548 Market St.<br>San Francisco, California 94104<br>United States | 05/17/2021<br><br>**Due Date**<br>06/16/2021 | 1091<br><br>**Reference**<br>Surefield v Redfin | **$4,000.00** |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Project Set Up Fee<br>April 27, 2021 | $2,500.00 | 1 | $2,500.00 |
| User Setup Fee<br>For 60 days April 27 - Jun 26 | $1,500.00 | 1 | $1,500.00 |

|  |  |
|---|---|
| Subtotal | 4,000.00 |
| Tax | 0.00 |
| Total | 4,000.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$4,000.00** |

**Terms**
Thank you.

# SecureReview

SecureReview, Inc.
1-888-670-6802

PO Box 475
Suffern, New York
10901
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ryan Marton<br>Marton Ribera Schumann & Chang LLP<br>548 Market St.<br>San Francisco, California 94104<br>United States | 06/03/2021<br><br>**Due Date**<br>07/03/2021 | 1137<br><br>**Reference**<br>Surefield v Redfin | $4,500.00 |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| User Setup Fee<br>For 60 days April 30 - Jun 30<br>Dan.Schmid<br>Greg.Bosch<br>Jose.Melendez | $1,500.00 | 3 | $4,500.00 |

|  |  |
|---|---|
| Subtotal | 4,500.00 |
| Tax | 0.00 |
| Total | 4,500.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $4,500.00 |

## Terms

Thank you.



SecureReview, Inc.
1-888-670-6802

PO Box 475
Suffern, New York
10901
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ryan Marton | 07/31/2021 | 1274 | $4,200.00 |
| Marton Ribera Schumann & Chang LLP | | | |
| 548 Market St. | Due Date | Reference | |
| San Francisco, California 94104 | 08/30/2021 | Surefield v Redfin | |
| United States | | | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| User Setup Fee<br>Peter Hu 7/1-8/31<br>Allen Xiao 7/13-9/12 | $1,500.00 | 2 | $3,000.00 |
| Ongoing User Fee<br>July 2021 | $300.00 | 4 | $1,200.00 |

|  |  |
|---|---|
| Subtotal | 4,200.00 |
| Tax | 0.00 |
| Total | 4,200.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $4,200.00 |

Terms
Thank you.



SecureReview, Inc.  
1-888-670-6802

PO Box 475  
Suffern, New York  
10901  
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ryan Marton<br>Marton Ribera Schumann & Chang LLP<br>548 Market St.<br>San Francisco, California 94104<br>United States | 08/31/2021<br><br>**Due Date**<br>09/30/2021 | 1377<br><br>**Reference**<br>Surefield v Redfin | $3,900.00 |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| **User Setup Fee**<br>Aaron Green 8/13-10/12<br>Nick Ferrara 8/13-10/12 | $1,500.00 | 2 | $3,000.00 |
| **Ongoing User Fee**<br>August 2021 Evan, Jeff, Tom (Sarah deleted) | $300.00 | 3 | $900.00 |
| **Ongoing User Fee**<br>Peter Hu 7/1-8/31 | $300.00 | 0 | $0.00 |
| **Ongoing User Fee**<br>Allen Xiao 7/13-9/12 | $300.00 | 0 | $0.00 |

|  |  |
|---|---|
| Subtotal | 3,900.00 |
| Tax | 0.00 |
| Total | 3,900.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$3,900.00** |

**Terms**  
Thank you.



| | | | |
|---|---|---|---|
| SecureReview, Inc. | | PO Box 475 | |
| 1-888-670-6802 | | Suffern, New York | |
| | | 10901 | |
| | | United States | |

**Billed To**
Ryan Marton
Marton Ribera Schumann & Chang LLP
548 Market St.
San Francisco, California 94104
United States

**Date of Issue**
09/30/2021

**Due Date**
10/30/2021

**Invoice Number**
1487

**Reference**
Surefield v Redfin

**Amount Due (USD)**
$1,500.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Ongoing User Fee<br>Aaron Green & Nick Ferrara through 10/12 | $300.00 | 0 | $0.00 |
| Ongoing User Fee<br>September, 2021 Evan, Jeff, Tom (Sarah deleted) | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>Peter Hu September, 2021 | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Allen Xiao 9/13-10/12 | $300.00 | 1 | $300.00 |

| | |
|---|---|
| Subtotal | 1,500.00 |
| Tax | 0.00 |
| Total | 1,500.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $1,500.00 |

**Terms**
Thank you.



| | | SecureReview, Inc. | PO Box 475 |
| | | 1-888-670-6802 | Suffern, New York |
| | | | 10901 |
| | | | United States |

**Billed To**
Ryan Marton
Marton Ribera Schumann & Chang LLP
548 Market St.
San Francisco, California 94104
United States

**Date of Issue**
11/16/2021

**Due Date**
12/16/2021

**Invoice Number**
1546

**Reference**
Surefield v Redfin Project Walkthrough

**Amount Due (USD)**
$3,600.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Ongoing User Fee<br>Aaron Green & Nick Ferrara 10/13 - 11/12 | $300.00 | 2 | $600.00 |
| Ongoing User Fee<br>October, 2021 Evan, Jeff, Tom (Sarah deleted) | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>Peter Hu October, 2021 | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Allen Xiao 10/13-11/12 | $300.00 | 1 | $300.00 |
| User Setup Fee<br>Paul Navratil For 60 days Oct 15 - Dec 14 | $1,500.00 | 1 | $1,500.00 |

| | |
|---|---|
| Subtotal | 3,600.00 |
| Tax | 0.00 |
| Total | 3,600.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $3,600.00 |

**Terms**
Thank you.



SecureReview, Inc.  
1-888-670-6802

PO Box 475  
Suffern, New York  
10901  
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ryan Marton<br>Marton Ribera Schumann & Chang LLP<br>548 Market St.<br>San Francisco, California 94104<br>United States | 12/20/2021<br><br>**Due Date**<br>01/19/2022 | 1625<br><br>**Reference**<br>Surefield v Redfin Project Walkthrough | $2,100.00 |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Ongoing User Fee<br>Aaron Green & Nick Ferrara 11/13-12/12 | $300.00 | 2 | $600.00 |
| Ongoing User Fee<br>November, 2021 Evan, Jeff, Tom | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>Peter Hu November, 2021 | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Allen Xiao Nov 13 - Dec 12 | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Paul Navratil through Dec 14 | $300.00 | 0 | $0.00 |

|  |  |
|---|---|
| Subtotal | 2,100.00 |
| Tax | 0.00 |
| Total | 2,100.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $2,100.00 |

**Terms**  
Thank you.



SecureReview, Inc.
1-888-670-6802

PO Box 475
Suffern, New York
10901
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ryan Marton<br>Marton Ribera Schumann & Chang LLP<br>548 Market St.<br>San Francisco, California 94104<br>United States | 01/25/2022<br><br>**Due Date**<br>02/24/2022 | 1694<br><br>**Reference**<br>Surefield v Redfin Project Walkthrough | $2,400.00 |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Ongoing User Fee<br>Aaron Green & Nick Ferrara 12/13-1/12/22 | $300.00 | 2 | $600.00 |
| Ongoing User Fee<br>December, 2021 Evan, Jeff, Tom | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>Peter Hu December, 2021 | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Allen Xiao 12/13-1/12/22 | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Paul Navratil 12/15-1/14/22 | $300.00 | 1 | $300.00 |

|   |   |
|---|---|
| Subtotal | 2,400.00 |
| Tax | 0.00 |
| Total | 2,400.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $2,400.00 |

**Terms**
Thank you.



| | | | SecureReview, Inc. | PO Box 475 |
| | | | 1-888-670-6802 | Suffern, New York |
| | | | | 10901 |
| | | | | United States |

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ryan Marton | 02/23/2022 | 1768 | $2,400.00 |
| Marton Ribera Schumann & Chang LLP | | | |
| 548 Market St. | Due Date | Reference | |
| San Francisco, California 94104 | 03/25/2022 | Surefield v Redfin Project Walkthrough | |
| United States | | | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Ongoing User Fee<br>Aaron Green/Nick Ferrara /Allen Xiao Jan 13 - Feb 12 | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>January, 2022 Evan, Jeff, Tom | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>January, 2022 Peter Hu | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Paul Navratil Jan 15 - Feb 14 | $300.00 | 1 | $300.00 |

| | Subtotal | 2,400.00 |
|---|---|---|
| | Tax | 0.00 |
| | Total | 2,400.00 |
| | Amount Paid | 0.00 |
| | Amount Due (USD) | $2,400.00 |

Terms
Thank you.



SecureReview, Inc.  
1-888-670-6802

PO Box 475  
Suffern, New York  
10901  
United States

**Billed To**  
Ryan Marton  
Marton Ribera Schumann & Chang LLP  
548 Market St.  
San Francisco, California 94104  
United States

**Date of Issue**  
03/28/2022

**Due Date**  
04/27/2022

**Invoice Number**  
1837

**Reference**  
Surefield v Redfin Project Walkthrough

**Amount Due (USD)**  
$2,400.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Ongoing User Fee<br>Aaron Green/Nick Ferrara /Allen Xiao Feb 13 - Mar 12 | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>February, 2022 Evan, Jeff, Tom | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>February, 2022 Peter Hu | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Paul Navratil Feb 15 - Mar 14 | $300.00 | 1 | $300.00 |

| | |
|---|---|
| Subtotal | 2,400.00 |
| Tax | 0.00 |
| Total | 2,400.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $2,400.00 |

**Terms**  
Thank you.



SecureReview, Inc.  
1-888-670-6802

1229 Chestnut Pmb 101  
Philadelphia, Pennsylvania  
19107  
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ryan Marton<br>Marton Ribera Schumann & Chang LLP<br>548 Market St.<br>San Francisco, California 94104<br>United States | 04/23/2022<br><br>**Due Date**<br>05/23/2022 | 1908<br><br>**Reference**<br>Surefield v Redfin Project Walkthrough | $2,400.00 |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Ongoing User Fee<br>Aaron Green/Nick Ferrara /Allen Xiao Mar 13 - Apr 12 | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>March 2022 Evan, Jeff, Tom | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>March 2022 Peter Hu | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Paul Navratil Mar 15 - Apr 14 | $300.00 | 1 | $300.00 |

|  |  |
|---|---|
| Subtotal | 2,400.00 |
| Tax | 0.00 |
| Total | 2,400.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $2,400.00 |

**Terms**  
Thank you.



| | | | |
|---|---|---|---|
| **Billed To**<br>Ryan Marton<br>Marton Ribera Schumann & Chang LLP<br>548 Market St.<br>San Francisco, California 94104<br>United States | **Date of Issue**<br>05/26/2022<br><br>**Due Date**<br>06/25/2022 | **Invoice Number**<br>1959<br><br>**Reference**<br>Surefield v Redfin Project Walkthrough | **Amount Due (USD)**<br>$2,400.00 |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Ongoing User Fee<br>Aaron Green/Nick Ferrara /Allen Xiao Apr 13 - May 12 | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>April 2022 Evan, Jeff, Tom | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>April 2022 Peter Hu | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Paul Navratil Apr 15 - May 14 | $300.00 | 1 | $300.00 |

| | |
|---|---|
| Subtotal | 2,400.00 |
| Tax | 0.00 |
| Total | 2,400.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $2,400.00 |

**Terms**
Thank you.



SecureReview, Inc.  
1-888-670-6802

1229 Chestnut Pmb 101  
Philadelphia, Pennsylvania  
19107  
United States

| | |
|---|---|
| **Billed To** | |
| Ryan Marton | |
| Marton Ribera Schumann & Chang LLP | |
| 548 Market St. | |
| San Francisco, California 94104 | |
| United States | |

| Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|
| 06/20/2022 | 1990 | **$3,200.00** |
| **Due Date** | **Reference** | |
| 07/20/2022 | Surefield v Redfin FINAL BILL | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Ongoing User Fee<br>Aaron Green/Nick Ferrara /Allen Xiao May 13 - June 20 | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>May 2022 Evan, Jeff, Tom | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>May 2022 Peter Hu | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Paul Navratil May 15 - Jun 20 | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>4 people for the partial month of June | $200.00 | 4 | $800.00 |

|   |   |
|---|---|
| Subtotal | 3,200.00 |
| Tax | 0.00 |
| Total | 3,200.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$3,200.00** |

**Terms**  
Thank you.