**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:20-cv-00376-ADA |
| REDFIN CORPORATION, | § § § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION FOR ONE-WEEK EXTENSION OF RULE CV-54 DEADLINES RELATED TO BILL OF COSTS**

Before the Court is Plaintiff Appliance Computing III, Inc. d/b/a Surefield's and Defendant Redfin Corporation's Joint Motion for One-Week Extension of Rule CV-54 Deadlines Related to Bill of Costs (the "Motion"). Having reviewed the Motion and finding good cause exists, the Court hereby GRANTS the Motion.

**IT IS THEREFORE ORDERED** that the dates in the above-referenced cause are amended as follows:

| Current Deadline | Amended Deadline | Event |
|---|---|---|
| September 19, 2022 | September 26, 2022 | Deadline by which to file Rule CV-54.a.3 motion. |
| September 19, 2022 | September 26, 2022 | Earliest date by which the clerk may tax costs if no motion is filed by this date. *See* Rule CV-54.a.4. ("The clerk shall not tax costs until the expiration of 21 days after the filing of the proposed bill of costs. If no motion is filed in that time period, the clerk shall proceed to tax costs.") |
| September 26, 2022 | October 3, 2022 | Date by which costs will be deemed taxed as proposed if bill of cost is uncontested |

| | | and if clerk fails to tax costs by this date. *See* Rule CV-54.a.4 ("In a case involving an uncontested bill of costs, if the clerk fails to tax costs within 28 days after the proposed bill of costs is filed, costs will be deemed taxed as proposed.") |
| --- | --- | --- |

ORDERED this _____ day of _____, 2022.

_____

ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE