UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:20-cv-00376-ADA |
| REDFIN CORPORATION, | § § § | |
| Defendant. | § § | |

**PARTIES' JOINT NOTICE REGARDING THE EXTENSION OF
POST-TRIAL MOTIONS BRIEFING DEADLINES**

Plaintiff Appliance Computing III, Inc. d/b/a Surefield ("Plaintiff") and Defendant Redfin Corporation ("Defendant") (collectively, "the parties") hereby jointly provide notice that the parties have stipulated to extend the briefing deadlines related to Plaintiff's Renewed Motion for Judgment as a Matter of Law Pursuant to Rule 50(b) and Plaintiff's Motion for New Trial or to Alter or Amend the Judgment, both filed on September 12, 2022 (collectively, "Post-Trial Motions"). (D.I. 248-249). Defendant's responses are currently due on September 26, 2022. The parties have since stipulated to extend the response and reply deadlines as follows:

| Current Deadline | Amended Deadline | Event |
|---|---|---|
| September 26, 2022 | October 3, 2022 | Deadline to file responses to Plaintiff's Post-Trial Motions |
| October 3, 2022 | October 17, 2022 | Deadline to file replies in support of Plaintiff's Post-Trial Motions |

Dated: September 16, 2022

Respectfully submitted,

/s/  *Nicole E. Glauser*
Nicole E. Glauser

Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dinovoprice.com
Nicole E. Glauser
Texas State Bar No. 24050694
nglauser@dinovoprice.com
Christopher V. Goodpastor
Texas State Bar No. 00791991
cgoodpastor@dinovoprice.com
Daniel L. Schmid
Texas State Bar No. 24093118
dschmid@dinovoprice.com
DINOVO PRICE LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile:  (512) 539-2627

Steven W. Fogg (admitted *Pro Hac Vice*)
sfogg@corrcronin.com
Eric A. Lindberg (admitted *Pro Hac Vice*)
elindberg@corrcronin.com
CORR CRONIN, LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
Telephone: (206) 625-8600

Mark P. Walters (admitted *Pro Hac Vice*)
walters@lowegrahamjones.com
LOWE GRAHAM JONES, PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
Telephone: (206) 381-3300

***COUNSEL FOR PLAINTIFF
APPLIANCE COMPUTING III, INC.
d/b/a SUREFIELD***

/s/  *Ryan Marton*
Ryan Marton

Darryl J. Adams
Texas State Bar No. 00796101
dadams@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, Texas 78701
Telephone: (512) 402-3562
Facsimile:  (512) 402-6865

Ryan Marton (admitted *Pro Hac Vice*)
ryan@martonribera.com
Hector Ribera (admitted *Pro Hac Vice*)
hector@martonribera.com
Carolyn Chang (admitted *Pro Hac Vice*)
carolyn@martonribera.com
Phillip Haack (admitted *Pro Hac Vice*)
phaack@martonribera.com
Marton Ribera Schumann & Chang LLP
548 Market St Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515

Benjamin J. Byer (admitted *Pro Hac Vice*)
benbyer@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8105
Facsimile: (206) 757-7105

***COUNSEL FOR DEFENDANT
REDFIN CORPORATION***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on September 16, 2022.

By: */s/ Ryan J. Marton*
Ryan J. Marton