UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD, <br><br> Plaintiff, <br><br> v. <br><br> REDFIN CORPORATION, <br><br> Defendant. | § § § § § § § § § § § § | Case No. 6:20-cv-00376-ADA |

**JOINT MOTION FOR FURTHER THREE-DAY EXTENSION OF RULE CV-54 DEADLINES RELATED TO BILL OF COSTS**

Plaintiff Appliance Computing III, Inc. d/b/a Surefield ("Plaintiff") and Defendant Redfin Corporation ("Defendant") (collectively, "the Parties") hereby stipulate and jointly request[1] the Court allow a further three-day extension for the Parties to complete their meet and confer efforts on Redfin's proposed Bill of Costs which was filed and served on August 29, 2022. *See* ECF 247.

As stated in the Parties' prior joint motion which had sought a one-week extension on Rule CV-54 deadlines related to Redfin's Bill of Costs (*see* ECF 250), the Parties have been engaged in ongoing meet and confer efforts to resolve the disputed costs submitted with Redfin's proposed Bill of Costs. The Parties are still negotiating several outstanding areas of disagreement

---

[1] The Parties again have submitted this extension request as a joint motion as it affects certain Rule CV-54 deadlines concerning the Court clerk, thereby changing "other Court date[s]." *See* March 7, 2022 Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines.

1

and therefore request a short further three-day extension to complete their meet and confer efforts to try and resolve these remaining disputes.

Accordingly, the Parties respectfully request that the Court extend the following Rule CV-54 deadlines by an additional three days as set forth below. A proposed order is submitted herewith.

| Current Deadline | Further Amended Deadline | Event |
|---|---|---|
| September 26, 2022 | September 29, 2022 | Deadline by which to file Rule CV-54.a.3 motion. |
| September 26, 2022 | September 29, 2022 | Earliest date by which the clerk may tax costs if no motion is filed by this date. *See* Rule CV-54.a.4. ("The clerk shall not tax costs until the expiration of 21 days after the filing of the proposed bill of costs. If no motion is filed in that time period, the clerk shall proceed to tax costs.") |
| October 3, 2022 | October 6, 2022 | Date by which costs will be deemed taxed as proposed if bill of cost is uncontested and if clerk fails to tax costs by this date. *See* Rule CV-54.a.4 ("In a case involving an uncontested bill of costs, if the clerk fails to tax costs within 28 days after the proposed bill of costs is filed, costs will be deemed taxed as proposed.") |

Dated: September 26, 2022

Respectfully submitted,

*/s/   Nicole E. Glauser*
Nicole E. Glauser

Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dinovoprice.com
Nicole E. Glauser
Texas State Bar No. 24050694
nglauser@dinovoprice.com
Christopher V. Goodpastor
Texas State Bar No. 00791991
cgoodpastor@dinovoprice.com
Daniel L. Schmid
Texas State Bar No. 24093118
dschmid@dinovoprice.com
DINOVO PRICE LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile:  (512) 539-2627

Steven W. Fogg (admitted *Pro Hac Vice*)
sfogg@corrcronin.com
Eric A. Lindberg (admitted *Pro Hac Vice*)
elindberg@corrcronin.com
CORR CRONIN, LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
Telephone: (206) 625-8600

Mark P. Walters (admitted *Pro Hac Vice*)
walters@lowegrahamjones.com
LOWE GRAHAM JONES, PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
Telephone: (206) 381-3300

***COUNSEL FOR PLAINTIFF***
***APPLIANCE COMPUTING III, INC.***
***d/b/a SUREFIELD***

*/s/   Ryan Marton*
Ryan Marton

Darryl J. Adams
Texas State Bar No. 00796101
dadams@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, Texas 78701
Telephone: (512) 402-3562
Facsimile:  (512) 402-6865

Ryan Marton (admitted *Pro Hac Vice*)
ryan@martonribera.com
Hector Ribera (admitted *Pro Hac Vice*)
hector@martonribera.com
Carolyn Chang (admitted *Pro Hac Vice*)
carolyn@martonribera.com
Phillip Haack (admitted *Pro Hac Vice*)
phaack@martonribera.com
Marton Ribera Schumann & Chang LLP
548 Market St Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515

Benjamin J. Byer (admitted *Pro Hac Vice*)
benbyer@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8105
Facsimile: (206) 757-7105

***COUNSEL FOR DEFENDANT***
***REDFIN CORPORATION***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on September 26, 2022.

By: */s/ Ryan J. Marton*
     Ryan J. Marton