UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD,<br><br>Plaintiff,<br><br>v.<br><br>REDFIN CORPORATION,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§  Case No. 6:20-cv-00376-ADA<br>§<br>§<br>§<br>§ |

**ORDER GRANTING JOINT MOTION FOR LEAVE TO EXCEED THE PAGE LIMITS RELATED TO PLAINTIFF'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

Before the Court is Plaintiff Appliance Computing III, Inc. d/b/a Surefield's and Defendant Redfin Corporation's Joint Motion for Leave to Exceed the Page Limits Related to Plaintiff's Renewed Motion for Judgment as a Matter of Law (the "Motion"). Having reviewed the Motion and finding good cause exists, the Court hereby GRANTS the Motion.

**IT IS THEREFORE ORDERED** that Defendant's Response to Plaintiff's Renewed Motion for Judgment as a Matter of Law Pursuant to Rule 50(b) is limited to 30 pages and Plaintiff's Reply in Support of its Renewed Motion for Judgment as a Matter of Law Pursuant to Rule 50(b) is limited to 20 pages.

ORDERED this _____ day of _____, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE