UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD, §§§§§ Plaintiff, § § v. § § REDFIN CORPORATION, §§§ Defendant. § | Case No. 6:20-cv-00376-ADA |

**JOINT MOTION TO AMEND/CORRECT ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME (DKT. 260)**

Plaintiff Appliance Computing III, Inc. d/b/a Surefield ("Plaintiff") and Defendant Redfin Corporation ("Defendant") (collectively, "the Parties") hereby jointly request the Court amend and enter a corrected order on the Parties' Joint Motion for Further Extension of Rule CV-54 Deadlines Related to Bill of Costs (Dkt. 259) (the "Motion"). The Parties' Motion had inadvertently attached a proposed order with erroneous dates that had been submitted with a prior extension request, and not with the new dates that had been requested in the Motion. Accordingly, the Parties respectfully request that the Court enter an order reflecting the correct deadlines that had been requested in the Parties' Motion.  A corrected proposed order is submitted herewith.

Dated: October 3, 2022

Respectfully submitted,

*/s/   Nicole E. Glauser*
Nicole E. Glauser

Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dinovoprice.com
Nicole E. Glauser
Texas State Bar No. 24050694
nglauser@dinovoprice.com
Christopher V. Goodpastor
Texas State Bar No. 00791991
cgoodpastor@dinovoprice.com
Daniel L. Schmid
Texas State Bar No. 24093118
dschmid@dinovoprice.com
DINOVO PRICE LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile:  (512) 539-2627

Steven W. Fogg (admitted *Pro Hac Vice*)
sfogg@corrcronin.com
Eric A. Lindberg (admitted *Pro Hac Vice*)
elindberg@corrcronin.com
CORR CRONIN, LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
Telephone: (206) 625-8600

Mark P. Walters (admitted *Pro Hac Vice*)
walters@lowegrahamjones.com
LOWE GRAHAM JONES, PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
Telephone: (206) 381-3300

**COUNSEL FOR PLAINTIFF
APPLIANCE COMPUTING III, INC.
d/b/a SUREFIELD**

*/s/   Ryan Marton*
Ryan Marton

Darryl J. Adams
Texas State Bar No. 00796101
dadams@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, Texas 78701
Telephone: (512) 402-3562
Facsimile:  (512) 402-6865

Ryan Marton (admitted *Pro Hac Vice*)
ryan@martonribera.com
Hector Ribera (admitted *Pro Hac Vice*)
hector@martonribera.com
Carolyn Chang (admitted *Pro Hac Vice*)
carolyn@martonribera.com
Phillip Haack (admitted *Pro Hac Vice*)
phaack@martonribera.com
Marton Ribera Schumann & Chang LLP
548 Market St Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515

Benjamin J. Byer (admitted *Pro Hac Vice*)
benbyer@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8105
Facsimile: (206) 757-7105

**COUNSEL FOR DEFENDANT
REDFIN CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on October 3, 2022.

By: */s/ Ryan J. Marton*
Ryan J. Marton