# EXHIBIT C

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Western District of Texas

INVOICE 20220064

**MAKE CHECKS PAYABLE TO:**

Ryan Marton
Marton Ribera Schumann & Chang LLP
548 Market St., Suite 36117
San Francisco, CA 36117
(415) 360-2515
ryan@martonribera.com

Kristie M. Davis, RMR, CRR
United States Court Reporter
PO Box 20994
Waco, TX 76702
(254) 666-0904   Fax: (254) 750-1516
kmdaviscsr@yahoo.com

| \_\_ CRIMINAL    X CIVIL | DATE ORDERED: 03-02-2022 | DATE DELIVERED: 05-30-2022 |
|---|---|---|

**In the matter of:** W-20-CV-376, APPLIANCES COMPUTING III v REDFIN CORPORATION

TRIAL PROCEEDINGS (REALTIME, DAILY, ETC)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 1802 | 9.18 | 16542.36 | | | | | | | 16542.36 |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 16542.36 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |

| **Date:** 03-11-2022 | **Check:** | **Amount:** 15000.00 | **Total Due** | 1542.36 |
|---|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: /s/ Kristie Davis | DATE: 05-30-2022 |
|---|---|

**DISTRIBUTION:**      TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR