# EXHIBIT D

**Amended Deposition Transcript and Video Costs (28 U.S.C. § 1920(2))**

| Deponent | Deposition Date | Invoice # | Invoice Date | Total Fees | Amended Requested Fees* |
|---|---|---|---|---|---|
| Bell, Matthew | 6/15/21 | 5199874 | 7/8/21 | $2,221.55 | $2,221.55 |
| Benoit, Paul C. | 10/28/21 | 5361549 | 10/29/21 | $3,901.31 | $2,156.05 |
| Bokhari, Sheharyar | 7/29/21 | 5255830 | 9/15/21 | $626.55 | $626.55 |
| Dwivedi, Shekhar | 8/13/21 | 5214431 | 8/20/21 | $6,197.00 | $3,237.88 |
| Dwivedi, Shekhar | 8/13/21 | 5259640 | 9/14/21 | $2,339.00 | $2,339.00 |
| Eraker, David | 8/2/21 | 5220720 | 8/24/21 | $2,826.45 | $1,712.90 |
| Eraker, David | 8/3/21 | 5221208 | 8/25/21 | $3,821.92 | $2,267.15 |
| Furukawa, Yasutaka | 9/24/21 | 5314040 | 10/11/21 | $1,228.90 | $1,228.90 |
| Gausebeck, Dave | 6/11/21 | 5104053 | 6/29/21 | $1,374.20 | $1,374.20 |
| Hu, Peter | 7/19/21 | 5142759 | 7/19/21 | $1,386.95 | $1,386.95 |
| Johnson, Brian | 9/21/21 | 5273302 | 9/21/21 | $891.25 | $891.25 |
| Kalaiah, Aravind | 8/12/21 | 5204085 | 8/17/21 | $5,502.65 | $3,516.65 |
| Kalaiah, Aravind | 8/12/21 | 5259129 | 9/13/21 | $2,351.00 | $2,351.00 |
| Kelman, Glenn | 10/1/21 | 5309710 | 10/12/21 | $1,539.86 | $855.48 |
| Kota, Justin | 8/13/21 | 5228340 | 8/31/21 | $1,070.13 | $975.35 |
| Malackowski, James | 10/29/21 | 5363819 | 11/1/21 | $2,319.75 | $2,319.75 |
| McGarty, Robert | 8/16/21 | 5263590 | 9/15/21 | $2,059.00 | $1,907.00 |
| McGarty, Robert | 8/16/21 | 5217856 | 8/23/21 | $3,131.10 | $2,059.95 |
| Melendez, Jose Luis | 10/19/21 | 5342584 | 10/21/21 | $7,064.40 | $5,099.30 |
| Melendez, Jose Luis | 10/20/21 | 5345722 | 10/23/21 | $7,793.35 | $6,086.55 |
| Michel, Daniel | 7/21/21 | 5167679 | 7/30/21 | $875.80 | $875.80 |
| Navratil, Paul | 10/18/21 | 5343131 | 10/22/21 | $3,437.92 | $3,222.08 |
| Navratil, Paul | 10/19/21 | 5339325 | 10/20/21 | $1,863.48 | $1,458.65 |
| Stocking, Chris | 7/20/21 | 5165336 | 7/29/21 | $1,300.70 | $1,300.70 |
| Taylor, Lisa | 7/16/21 | 5371336 | 11/5/21 | $1,639.18 | $1,542.35 |
| Wiener, Adam | 7/22/21 | 5169687 | 7/30/21 | $2,785.34 | $1,740.84 |
| Xiao, Allen | 7/15/21 | 5153337 | 7/23/21 | $1,952.76 | $1,220.48 |
| | | | | $73,501.50 | **$55,974.30** |

*See  attached invoices for description of services; where applicable, the itemized requested fees have been highlighted.

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| | | Invoice #: | **5119874** |
|---|---|---|---|
| Bill To: | Ryan Marton | | |
| | Marton Ribera Schumann Chang | Invoice Date: | **7/8/2021** |
| | 548 Market Street | Balance Due: | **$2,221.55** |
| | Suite 36117 | | |
| | San Francisco, CA, 94104 | | |

| **Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4626693   |   Job Date: 6/15/2021   |   Delivery: Normal

| Location: | San Francisco, CA |
|---|---|
| Billing Atty: | Ryan Marton |
| Scheduling Atty: | Nicole E. Glauser Esq | DiNovo Price LLP |

| **Witness: Matthew Bell** | **Amount** |
|---|---|
| Certified Transcript | $2,221.55 |

| Notes: | **Invoice Total:** | **$2,221.55** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,221.55** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | **5119874** |
| Invoice Date: | **7/8/2021** |
| Balance Due: | **$2,221.55** |

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Deron Dacus |
| | Marton Ribera Schumann Chang |
| | 548 Market Street |
| | Suite 36117 |
| | San Francisco, CA, 94104 |

| Invoice #: | **5361549** |
| Invoice Date: | **10/29/2021** |
| Balance Due: | **$3,901.31** |

| **Case: Appliance Computing Iii, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA)** | **Proceeding Type: Depositions** |

Job #: 4854087   |   Job Date: 10/28/2021   |   Delivery: Daily

| Location: | Los Angeles, CA |
| Billing Atty: | Deron Dacus |
| Scheduling Atty: | Deron Dacus | Marton Ribera Schumann Chang |

| Witness: Paul C. Benoit | Quantity | Amount |
| --- | --- | --- |
| Original with 1 Certified Transcript | 122.00 | $1,451.80 |
| Surcharge - Extended Hours | 2.00 | $190.00 |
| Exhibits | 345.00 | $224.25 |
| Rough Draft | 122.00 | $201.30 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Surcharge - Video Proceeding | 122.00 | $61.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 |
| Concierge Tech Support | 3.75 | $562.50 |
| Attendance (Half Day) | 1.00 | $150.00 |
| Exhibit Share | 1.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 |

Notes:

---

**THIS INVOICE IS 140 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | |
| Veritext | A/C Name: Veritext | Invoice #: | **5361549** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | Invoice Date: | **10/29/2021** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | Balance Due: | **$3,901.31** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | |
| | Pay by Credit Card: www.veritext.com | |

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice Total:** | **$3,670.85** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$230.46** |
| **Balance Due:** | **$3,901.31** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 140 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5361549** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **10/29/2021** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$3,901.31** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Ryan Marton<br>Marton Ribera Schumann Chang<br>548 Market Street<br>Suite 36117<br>San Francisco, CA, 94104 | **Invoice #:** | **5255830** |
|---|---|---|---|
| | | **Invoice Date:** | **9/15/2021** |
| | | **Balance Due:** | **$626.55** |

| Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA) | Proceeding Type: Depositions |
|---|---|

Job #: 4697903    |    Job Date: 7/29/2021    |    Delivery: Normal

| | |
|---|---|
| Location: | San Francisco, CA |
| Billing Atty: | Ryan Marton |
| Scheduling Atty: | Nicole E. Glauser Esq | DiNovo Price LLP |

| Witness: Sheharyar Bokhari | Amount |
|---|---|
| Certified Transcript | $626.55 |

| Notes: | **Invoice Total:** | **$626.55** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$626.55** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | To pay online, go to www.veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Invoice #:** | **5255830** |
|---|---|---|---|
| | | **Invoice Date:** | **9/15/2021** |
| | | **Balance Due:** | **$626.55** |

146859

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Phillip Haack | | Invoice #: | **5214431** |
|---|---|---|---|---|
| | Marton Ribera Schumann Chang | | **Invoice Date:** | **8/20/2021** |
| | 548 Market Street | | **Balance Due:** | **$6,197.00** |
| | Suite 36117 | | | |
| | San Francisco, CA, 94104 | | | |

| Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA) | Proceeding Type: Depositions |
|---|---|

Job #: 4753566 | Job Date: 8/13/2021 | Delivery: Expedited

| Location: | Austin, TX |
|---|---|
| Billing Atty: | Phillip Haack |
| Scheduling Atty: | Phillip Haack | Marton Ribera Schumann Chang |

| Witness: Shekhar Dwivedi | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 327.00 | $3,122.85 |
| Exhibits | 84.00 | $54.60 |
| Realtime Services - Remote | 327.00 | $637.65 |
| Rough Draft | 327.00 | $539.55 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Surcharge - Video Proceeding | 327.00 | $163.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 |
| Attendance (Full Day) | 1.00 | $300.00 |
| Exhibit Share | 1.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 |

| Notes: | | Invoice Total: | $5,648.15 |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$548.85** |
| | | **Balance Due:** | **$6,197.00** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 198 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5214431** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **8/20/2021** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$6,197.00** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Phillip Haack |
|---|---|
| | Marton Ribera Schumann Chang |
| | 548 Market Street |
| | Suite 36117 |
| | San Francisco, CA, 94104 |

| | |
|---|---|
| **Invoice #:** | **5259640** |
| **Invoice Date:** | **9/14/2021** |
| **Balance Due:** | **$2,339.00** |

| **Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4753566   |   Job Date: 8/13/2021   |   Delivery: Normal

| Location: | Austin, TX |
|---|---|
| Billing Atty: | Phillip Haack |
| Scheduling Atty: | Phillip Haack \| Marton Ribera Schumann Chang |

| Witness: Shekhar Dwivedi | Quantity | Amount |
|---|---|---|
| Video - Initial Services | 1.00 | $525.00 |
| Video - Additional Hours | 8.00 | $1,680.00 |
| Video - Media and Cloud Services | 7.00 | $84.00 |
| Video - Electronic Access | 1.00 | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$2,339.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,339.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5259640** |
|---|---|
| **Invoice Date:** | **9/14/2021** |
| **Balance Due:** | **$2,339.00** |

146859

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Ryan Marton | | |
|---|---|---|---|
| | Marton Ribera Schumann Chang | **Invoice #:** | **5220720** |
| | 548 Market Street | **Invoice Date:** | **8/24/2021** |
| | Suite 36117 | **Balance Due:** | **$2,826.45** |
| | San Francisco, CA, 94104 | | |

| **Case: APPLIANCE COMPUTING III, INC. D/B/A SUREFIELD v. Redfin Corporation (6:20cv00376ADA)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4743977   |   Job Date: 8/2/2021   |   Delivery: Normal

Location:         Austin, TX

Billing Atty:      Ryan Marton

Scheduling Atty:  Ryan Marton | Marton Ribera Schumann Chang

| Witness: David Eraker | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 197.00 | $1,172.15 |
| Exhibits | 155.00 | $100.75 |
| Rough Draft | 197.00 | $325.05 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Surcharge - Video Proceeding | 197.00 | $98.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 |
| Attendance (Full Day) | 1.00 | $300.00 |
| Exhibit Share | 1.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 |

| Notes: | **Invoice Total:** | **$2,826.45** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,826.45** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Please remit payment to: | | |
|---|---|---|
| Veritext | **Invoice #:** | **5220720** |
| P.O. Box 71303 | **Invoice Date:** | **8/24/2021** |
| Chicago IL 60694-1303 | **Balance Due:** | **$2,826.45** |
| Fed. Tax ID: 20-3132569 | | |

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| Bill To: | Ryan Marton | **Invoice #:** | **5221208** |
| | Marton Ribera Schumann Chang | **Invoice Date:** | **8/25/2021** |
| | 548 Market Street | **Balance Due:** | **$3,821.92** |
| | Suite 36117 | | |
| | San Francisco, CA, 94104 | | |

| Case: Appliance Computing III, Inc. D/B/A Surefield v. Redfin Corporation (6:20cv00376ADA) | Proceeding Type: Depositions |
|---|---|

Job #: 4743986   |   Job Date: 8/3/2021   |   Delivery: Normal

Location:          Austin, TX

Billing Atty:      Ryan Marton

Scheduling Atty:   Ryan Marton | Marton Ribera Schumann Chang

| Witness: David Eraker, Vol 2 | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 297.00 | $1,767.15 |
| Exhibits | 93.00 | $60.45 |
| Rough Draft | 297.00 | $490.05 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Surcharge - Video Proceeding | 297.00 | $148.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 |
| Attendance (Full Day) | 1.00 | $300.00 |
| Exhibit Share | 1.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 |

| Notes: | **Invoice Total:** | **$3,596.15** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$225.77** |
| | **Balance Due:** | **$3,821.92** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 137 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5221208** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **8/25/2021** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$3,821.92** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Hector Ribera Esq | | |
|---|---|---|---|
| | Marton Ribera Schumann Chang | **Invoice #:** | **5314040** |
| | 548 Market Street | **Invoice Date:** | **10/11/2021** |
| | Suite 36117 | **Balance Due:** | **$1,228.90** |
| | San Francisco, CA, 94104 | | |

| **Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4728286   |   Job Date: 9/24/2021   |   Delivery: Normal

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Hector Ribera Esq |
| Scheduling Atty: | Chris Goodpastor | DiNovo Price LLP |

| **Witness: Yasutaka Furukawa, Ph.D.** | **Amount** |
|---|---|
| Certified Transcript | $1,228.90 |

| Notes: | **Invoice Total:** | **$1,228.90** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,228.90** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5314040** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **10/11/2021** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,228.90** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

146859

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Hector Ribera Esq | | |
|---|---|---|---|
| | Marton Ribera Schumann Chang | **Invoice #:** | **5104053** |
| | 548 Market Street | **Invoice Date:** | **6/29/2021** |
| | Suite 36117 | **Balance Due:** | **$1,374.20** |
| | San Francisco, CA, 94104 | | |

| **Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4626721   |   Job Date: 6/11/2021   |   Delivery: Normal

| Location: | San Francisco, CA |
|---|---|
| Billing Atty: | Hector Ribera Esq |
| Scheduling Atty: | Andrew G. Dinovo Esq | DiNovo Price LLP |

| **Witness: Dave Gausebeck** | **Amount** |
|---|---|
| Certified Transcript | $1,374.20 |

| Notes: | **Invoice Total:** | **$1,374.20** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,374.20** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

146859

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5104053** |
|---|---|
| **Invoice Date:** | **6/29/2021** |
| **Balance Due:** | **$1,374.20** |

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Ryan Marton
Marton Ribera Schumann Chang
548 Market Street
Suite 36117
San Francisco, CA, 94104

| | |
|---|---|
| **Invoice #:** | **5142759** |
| **Invoice Date:** | **7/19/2021** |
| **Balance Due:** | **$1,386.95** |

| | |
|---|---|
| **Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA)** | **Proceeding Type: Depositions** |

Job #: 4621078   |   Job Date: 7/1/2021   |   Delivery: Normal

| | |
|---|---|
| Location: | Seattle, WA |
| Billing Atty: | Ryan Marton |
| Scheduling Atty: | Andrew G. Dinovo Esq | DiNovo Price LLP |

| Witness: Peter Hu | Amount |
|---|---|
| Certified Transcript | $1,386.95 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,386.95** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,386.95** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **5142759** |
| **Invoice Date:** | **7/19/2021** |
| **Balance Due:** | **$1,386.95** |

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Ryan Marton
Marton Ribera Schumann Chang
548 Market Street
Suite 36117
San Francisco, CA, 94104

| | |
|---|---|
| **Invoice #:** | **5273302** |
| **Invoice Date:** | **9/21/2021** |
| **Balance Due:** | **$891.25** |

| Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA) | Proceeding Type: Depositions |
|---|---|

Job #: 4782190   |   Job Date: 9/3/2021   |   Delivery: Normal

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Ryan Marton |
| Scheduling Atty: | Andrew G. Dinovo Esq \| DiNovo Price LLP |

| Witness: Brian Johnson , Ph.D. | Amount |
|---|---|
| Certified Transcript | $891.25 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$891.25** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$891.25** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **5273302** |
| **Invoice Date:** | **9/21/2021** |
| **Balance Due:** | **$891.25** |

146859

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Hector Ribera Esq | **Invoice #:** | **5204085** |
|---|---|---|---|
| | Marton Ribera Schumann Chang | **Invoice Date:** | 8/17/2021 |
| | 548 Market Street | **Balance Due:** | **$5,502.65** |
| | Suite 36117 | | |
| | San Francisco, CA, 94104 | | |

| **Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4753553   |   Job Date: 8/12/2021   |   Delivery: Normal

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Hector Ribera Esq |
| Scheduling Atty: | Hector Ribera Esq | Marton Ribera Schumann Chang |

| Witness: Aravind Kalaiah, Ph.D. , Vol. I | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 360.00 | $2,142.00 |
| Exhibits | 1161.00 | $754.65 |
| Realtime Services - Remote | 360.00 | $702.00 |
| Rough Draft | 360.00 | $594.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Surcharge - Video Proceeding | 360.00 | $180.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 |
| Attendance (Full Day) | 1.00 | $300.00 |
| Exhibit Share | 1.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 |

| Notes: | **Invoice Total:** | **$5,502.65** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$5,502.65** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5204085** |
|---|---|
| **Invoice Date:** | **8/17/2021** |
| **Balance Due:** | **$5,502.65** |

146859

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | Hector Ribera Esq | |
| | Marton Ribera Schumann Chang | **Invoice #:** 5259129 |
| | 548 Market Street | **Invoice Date:** 9/13/2021 |
| | Suite 36117 | **Balance Due:** $2,351.00 |
| | San Francisco, CA, 94104 | |

| Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA) | Proceeding Type: Depositions |
|---|---|

Job #: 4753553   |   Job Date: 8/12/2021   |   Delivery: Normal

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Hector Ribera Esq |
| Scheduling Atty: | Hector Ribera Esq | Marton Ribera Schumann Chang |

| Witness: Aravind Kalaiah, Ph.D. , Vol. I | Amount |
|---|---|
| Video Services | $2,301.00 |
| Delivery and Handling | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$2,351.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,351.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

146859

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Invoice #:** 5259129
**Invoice Date:** 9/13/2021
**Balance Due:** $2,351.00

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Ryan Marton | | |
|---|---|---|---|
| | Marton Ribera Schumann Chang | **Invoice #:** | **5309710** |
| | 548 Market Street | **Invoice Date:** | **10/12/2021** |
| | Suite 36117 | **Balance Due:** | **$1,539.86** |
| | San Francisco, CA, 94104 | | |

| **Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4812941   |   Job Date: 10/1/2021   |   Delivery: Expedited

| Location: | Seattle, WA |
|---|---|
| Billing Atty: | Ryan Marton |
| Scheduling Atty: | Andrew G. Dinovo Esq | DiNovo Price LLP |

| **Witness: Glenn Kelman** | **Amount** |
|---|---|
| Certified Transcript | $1,539.86 |

| Notes: | **Invoice Total:** | **$1,539.86** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,539.86** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5309710** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **10/12/2021** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,539.86** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Carolyn Chang | **Invoice #:** | **5228340** |
| --- | --- | --- | --- |
| | Marton Ribera Schumann Chang | **Invoice Date:** | **8/31/2021** |
| | 548 Market Street | **Balance Due:** | **$1,070.13** |
| | Suite 36117 | | |
| | San Francisco, CA, 94104 | | |

| **Case: Appliance Computing III, Inc. d/b/a/ Surefield v. Redfin Corporation (6:20cv00376ADA)** | **Proceeding Type: Depositions** |
| --- | --- |

Job #: 4754439   |   Job Date: 8/13/2021   |   Delivery: Normal

| Location: | Los Angeles, CA |
| --- | --- |
| Billing Atty: | Carolyn Chang |
| Scheduling Atty: | Andrew G. Dinovo Esq | DiNovo Price LLP |

| **Witness: Kota Justin** | **Amount** |
| --- | --- |
| Certified Transcript | $975.35 |

| Notes: | **Invoice Total:** | **$975.35** |
| --- | --- | --- |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$94.78** |
| | **Balance Due:** | **$1,070.13** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 199 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:** | **5228340** |
| --- | --- | --- | --- |
| Veritext | A/C Name: Veritext | **Invoice Date:** | **8/31/2021** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Balance Due:** | **$1,070.13** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | | |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Ryan Marton | | |
|---|---|---|---|
| | Marton Ribera Schumann Chang | **Invoice #:** | **5363819** |
| | 548 Market Street | **Invoice Date:** | **11/1/2021** |
| | Suite 36117 | **Balance Due:** | **$2,319.75** |
| | San Francisco, CA, 94104 | | |

| **Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4842024   |   Job Date: 10/29/2021   |   Delivery: Daily

| Location: | Austin, TX |
|---|---|
| Billing Atty: | Ryan Marton |
| Scheduling Atty: | Nicole E. Glauser Esq | DiNovo Price LLP |

| **Witness: James Malackowski** | **Amount** |
|---|---|
| Certified Transcript | $2,319.75 |

| Notes: | **Invoice Total:** | **$2,319.75** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,319.75** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5363819** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **11/1/2021** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$2,319.75** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Ryan Marton | Invoice #: | 5217856 |
|---|---|---|---|
| | Marton Ribera Schumann Chang | Invoice Date: | 8/23/2021 |
| | 548 Market Street | Balance Due: | $3,131.10 |
| | Suite 36117 | | |
| | San Francisco, CA, 94104 | | |

| Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA) | Proceeding Type: Depositions |
|---|---|

Job #: 4758492   |   Job Date: 8/16/2021   |   Delivery: Normal

Location:        Seattle, WA

Billing Atty:      Ryan Marton

Scheduling Atty:   Ryan Marton | Marton Ribera Schumann Chang

| Witness: Robert McGarty | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 231.00 | $1,374.45 |
| Exhibits | 200.00 | $130.00 |
| Rough Draft | 231.00 | $381.15 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Surcharge - Video Proceeding | 231.00 | $115.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 |
| Attendance (Full Day) | 1.00 | $300.00 |
| Exhibit Share | 1.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 |

| Notes: | Invoice Total: | $3,131.10 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $3,131.10 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | 5217856 |
|---|---|
| Invoice Date: | 8/23/2021 |
| Balance Due: | $3,131.10 |

146859

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Phillip Haack | | |
|---|---|---|---|
| | Marton Ribera Schumann Chang | **Invoice #:** | **5263590** |
| | 548 Market Street | **Invoice Date:** | **9/15/2021** |
| | Suite 36117 | **Balance Due:** | **$2,059.00** |
| | San Francisco, CA, 94104 | | |

| Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA) | Proceeding Type: Depositions |
|---|---|

Job #: 4758492   |   Job Date: 8/16/2021   |   Delivery: Normal

| Location: | Seattle, WA |
|---|---|
| Billing Atty: | Phillip Haack |
| Scheduling Atty: | Ryan Marton | Marton Ribera Schumann Chang |

| Witness: Robert McGarty | Quantity | Amount |
|---|---|---|
| Video - Initial Services | 1.00 | $525.00 |
| Video - Additional Hours | 6.00 | $1,260.00 |
| Video - Media and Cloud Services | 6.00 | $72.00 |
| Video - Electronic Access | 1.00 | $50.00 |

| Notes: | Invoice Total: | $1,907.00 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $152.00 |
| | Balance Due: | $2,059.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 172 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** **5263590** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** **9/15/2021** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** **$2,059.00** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | |
| | Pay by Credit Card: www.veritext.com | |

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Hector Ribera Esq | | |
|---|---|---|---|
| | Marton Ribera Schumann Chang | **Invoice #:** | **5342584** |
| | 548 Market Street | **Invoice Date:** | **10/21/2021** |
| | Suite 36117 | **Balance Due:** | **$7,064.40** |
| | San Francisco, CA, 94104 | | |

| Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA) | Proceeding Type: Depositions |
|---|---|

Job #: 4854122   |   Job Date: 10/19/2021   |   Delivery: Expedited

Location:          Los Angeles, CA

Billing Atty:      Hector Ribera Esq

Scheduling Atty:   Hector Ribera Esq | Marton Ribera Schumann Chang

| Witness: Expert Dr. Jose Luis Melendez, Vol. I | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 311.00 | $3,529.85 |
| Surcharge - Extended Hours | 4.00 | $380.00 |
| Exhibits | 1153.00 | $749.45 |
| Realtime Services - Remote | 311.00 | $606.45 |
| Rough Draft | 311.00 | $513.15 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Surcharge - Video Proceeding | 311.00 | $155.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 |
| Attendance (Full Day) | 1.00 | $300.00 |
| Exhibit Share | 1.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 |

Notes:

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5342584** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **10/21/2021** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$7,064.40** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | Invoice Total: | $7,064.40 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $7,064.40 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **5342584** |
| **Invoice Date:** | **10/21/2021** |
| **Balance Due:** | **$7,064.40** |

146859

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Hector Ribera Esq | | |
|---|---|---|---|
| | Marton Ribera Schumann Chang | **Invoice #:** | **5345722** |
| | 548 Market Street | **Invoice Date:** | **10/23/2021** |
| | Suite 36117 | **Balance Due:** | **$7,793.35** |
| | San Francisco, CA, 94104 | | |

| Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA) | Proceeding Type: Depositions |
|---|---|

Job #: 4854142   |   Job Date: 10/20/2021   |   Delivery: Expedited

Location:         Los Angeles, CA

Billing Atty:     Hector Ribera Esq

Scheduling Atty:  Hector Ribera Esq | Marton Ribera Schumann Chang

| Witness: Dr. Jose Luis Melendez, Vol 2 | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 248.00 | $2,814.80 |
| Surcharge - Extended Hours | 3.50 | $332.50 |
| Exhibits | 3845.00 | $2,499.25 |
| Realtime Services - Remote | 248.00 | $483.60 |
| Rough Draft | 248.00 | $409.20 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Surcharge - Video Proceeding | 248.00 | $124.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 |
| Exhibit Share | 1.00 | $395.00 |
| Attendance (Full Day) | 1.00 | $300.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 |

Notes:

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **5345722** |
| **Invoice Date:** | **10/23/2021** |
| **Balance Due:** | **$7,793.35** |

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice Total:** | **$7,793.35** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$7,793.35** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **5345722** |
| **Invoice Date:** | **10/23/2021** |
| **Balance Due:** | **$7,793.35** |

146859

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Carolyn Chang | | |
|---|---|---|---|
| | Marton Ribera Schumann Chang | **Invoice #:** | **5167679** |
| | 548 Market Street | **Invoice Date:** | **7/30/2021** |
| | Suite 36117 | **Balance Due:** | **$875.80** |
| | San Francisco, CA, 94104 | | |

| **Case: Appliance Computing III, Inc. d/b/a/ Surefield v. Redfin Corporation (6:20cv00376ADA)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4710412   |   Job Date: 7/21/2021   |   Delivery: Normal

| Location: | San Francisco, CA |
|---|---|
| Billing Atty: | Carolyn Chang |
| Scheduling Atty: | Andrew G. Dinovo Esq | DiNovo Price LLP |

| **Witness: Daniel Michel** | **Amount** |
|---|---|
| Certified Transcript | $875.80 |

| Notes: | **Invoice Total:** | **$875.80** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$875.80** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5167679** |
|---|---|
| **Invoice Date:** | **7/30/2021** |
| **Balance Due:** | **$875.80** |

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Carolyn Chang | | |
|---|---|---|---|
| | Marton Ribera Schumann Chang | **Invoice #:** | **5343131** |
| | 548 Market Street | **Invoice Date:** | **10/22/2021** |
| | Suite 36117 | **Balance Due:** | **$3,653.76** |
| | San Francisco, CA, 94104 | | |

| **Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4820263   |   Job Date: 10/18/2021   |   Delivery: Expedited

| Location: | Houston, TX |
|---|---|
| Billing Atty: | Carolyn Chang |
| Scheduling Atty: | Chris Goodpastor | DiNovo Price LLP |

| **Witness: Dr. Paul Navratil** | **Amount** |
|---|---|
| Certified Transcript | $3,437.92 |

| Notes: | **Invoice Total:** | **$3,437.92** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$215.84** |
| | **Balance Due:** | **$3,653.76** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 147 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:** | **5343131** |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice Date:** | **10/22/2021** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Balance Due:** | **$3,653.76** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | | |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Carolyn Chang<br>Marton Ribera Schumann Chang<br>548 Market Street<br>Suite 36117<br>San Francisco, CA, 94104 | **Invoice #:** **5339325**<br>**Invoice Date:** **10/20/2021**<br>**Balance Due:** **$1,863.48** |

| | |
|---|---|
| **Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA)** | **Proceeding Type: Depositions** |

Job #: 4820267   |   Job Date: 10/19/2021   |   Delivery: Daily

Location:          Houston, TX

Billing Atty:      Carolyn Chang

Scheduling Atty:   Andrew G. Dinovo Esq | DiNovo Price LLP

| Witness: Paul Navratil , Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 135.00 | $3.60 | $486.00 |
| Transcript - Expedited | 135.00 | $3.60 | $486.00 |
| Exhibits | 643.00 | $0.55 | $353.65 |
| Rough Draft | 135.00 | $1.85 | $249.75 |
| Litigation Package-Secure File Suite | 1.00 | $46.00 | $46.00 |
| Administration Fee | 1.00 | $62.00 | $62.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Electronic Delivery and Handling | 1.00 | $25.00 | $25.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,753.40** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$110.08** |
| | **Balance Due:** | **$1,863.48** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 149 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** **5339325** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** **10/20/2021** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** **$1,863.48** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | |
| | Pay by Credit Card: www.veritext.com | |

**Veritext, LLC - Texas Region**

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Ryan Marton | | |
|---|---|---|---|
| | Marton Ribera Schumann Chang | **Invoice #:** | **5165336** |
| | 548 Market Street | **Invoice Date:** | **7/29/2021** |
| | Suite 36117 | **Balance Due:** | **$1,300.70** |
| | San Francisco, CA, 94104 | | |

| Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA) | Proceeding Type: Depositions |
|---|---|

Job #: 4621239    |    Job Date: 7/20/2021   |   Delivery: Normal

| Location: | Seattle, WA |
|---|---|
| Billing Atty: | Ryan Marton |
| Scheduling Atty: | Nicole E. Glauser Esq | DiNovo Price LLP |

| Witness: Chris Stocking , Corp Rep | Amount |
|---|---|
| Certified Transcript | $1,300.70 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,300.70** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,300.70** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5165336** |
|---|---|
| **Invoice Date:** | **7/29/2021** |
| **Balance Due:** | **$1,300.70** |

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Carolyn Chang | | |
|---|---|---|---|
| | Marton Ribera Schumann Chang | **Invoice #:** | **5371336** |
| | 548 Market Street | **Invoice Date:** | **11/5/2021** |
| | Suite 36117 | **Balance Due:** | **$1,639.18** |
| | San Francisco, CA, 94104 | | |

| **Case: Appliance Computing III, Inc. d/b/a/ Surefield v. Redfin Corporation (6:20cv00376ADA)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4677390   |   Job Date: 7/16/2021   |   Delivery: Normal

| Location: | Seattle, WA |
|---|---|
| Billing Atty: | Carolyn Chang |
| Scheduling Atty: | Nicole E. Glauser Esq | DiNovo Price LLP |

| **Witness: Lisa Taylor , Redfin Corp Rep** | **Amount** |
|---|---|
| Certified Transcript | $1,542.35 |

| Notes: | **Invoice Total:** | **$1,542.35** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$96.83** |
| | **Balance Due:** | **$1,639.18** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 133 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5371336** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **11/5/2021** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,639.18** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Carolyn Chang | | |
|---|---|---|---|
| | Marton Ribera Schumann Chang | **Invoice #:** | **5169687** |
| | 548 Market Street | **Invoice Date:** | **7/30/2021** |
| | Suite 36117 | **Balance Due:** | **$2,785.34** |
| | San Francisco, CA, 94104 | | |

| **Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4677936   |   Job Date: 7/22/2021   |   Delivery: Expedited

| Location: | Austin, TX |
|---|---|
| Billing Atty: | Carolyn Chang |
| Scheduling Atty: | Chris Goodpastor | DiNovo Price LLP |

| **Witness: Adam Wiener** | **Amount** |
|---|---|
| Certified Transcript | $2,785.34 |

| Notes: | **Invoice Total:** | **$2,785.34** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,785.34** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5169687** |
|---|---|
| **Invoice Date:** | **7/30/2021** |
| **Balance Due:** | **$2,785.34** |

146859

## Veritext, LLC - Texas Region

Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Ryan Marton | | |
|---|---|---|---|
| | Marton Ribera Schumann Chang | **Invoice #:** | **5153337** |
| | 548 Market Street | **Invoice Date:** | **7/23/2021** |
| | Suite 36117 | **Balance Due:** | **$1,952.76** |
| | San Francisco, CA, 94104 | | |

**Case: Appliance Computing III, Inc. D/B/A/ Surefield v. Redfin Corporation (6:20cv00376ADA)**  **Proceeding Type: Depositions**

Job #: 4620857   |   Job Date: 7/15/2021   |   Delivery: Expedited

| Location: | Seattle, WA |
|---|---|
| Billing Atty: | Ryan Marton |
| Scheduling Atty: | Andrew G. Dinovo Esq | DiNovo Price LLP |

| Witness: Allen Xiao | Amount |
|---|---|
| Certified Transcript | $1,952.76 |

| Notes: | **Invoice Total:** | **$1,952.76** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,952.76** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

146859

| Please remit payment to: | To pay online, go to www.veritext.com | | |
|---|---|---|---|
| Veritext | | **Invoice #:** | **5153337** |
| P.O. Box 71303 | Veritext accepts all major credit cards | **Invoice Date:** | **7/23/2021** |
| Chicago IL 60694-1303 | (American Express, Mastercard, Visa, Discover) | **Balance Due:** | **$1,952.76** |
| Fed. Tax ID: 20-3132569 | | | |