# EXHIBIT F

**Amended Apportioned Source Code Copy Inspection Costs (28 U.S.C. § 1920(4))**

| Invoice Date | Invoice # | Payee | Cost | Apportioned Cost | Description of Apportioned Cost |
|---|---|---|---|---|---|
| 5/17/21 | 1091 | SecureReview, Inc. | $4,000.00 | $2,500.00 | Project set up fee and user setup fee for Plaintiff |
| 6/3/21 | 1137 | SecureReview, Inc. | $4,500.00 | $4,500.00 | User set up fees for Plaintiff |
| 7/31/21 | 1274 | SecureReview, Inc. | $4,200.00 | $900.00 | Ongoing user fees for Plaintiff |
| 8/31/21 | 1377 | SecureReview, Inc. | $3,900.00 | $2,400.00 | User set up and ongoing user fees for Plaintiff |
| 9/30/21 | 1487 | SecureReview, Inc. | $1,500.00 | $900.00 | Ongoing user fees for Plaintiff |
| 11/16/21 | 1546 | SecureReview, Inc. | $3,600.00 | $1,200.00 | Ongoing user fees for Plaintiff |
| 12/20/21 | 1625 | SecureReview, Inc. | $2,100.00 | $1,200.00 | Ongoing user fees for Plaintiff |
| 1/25/22 | 1694 | SecureReview, Inc. | $2,400.00 | $1,200.00 | Ongoing user fees for Plaintiff |
| 2/23/22 | 1768 | SecureReview, Inc. | $2,400.00 | $1,200.00 | Ongoing user fees for Plaintiff |
| 3/28/22 | 1837 | SecureReview, Inc. | $2,400.00 | $1,200.00 | Ongoing user fees for Plaintiff |
| 4/23/22 | 1908 | SecureReview, Inc. | $2,400.00 | $1,200.00 | Ongoing user fees for Plaintiff |
| 5/26/22 | 1959 | SecureReview, Inc. | $2,400.00 | $1,200.00 | Ongoing user fees for Plaintiff |
| 6/20/22 | 1990 | SecureReview, Inc. | $3,200.00 | $1,800.00 | Ongoing user fees for Plaintiff |
| | | | $39,000.00 | **$21,400.00** | |



# SecureReview

SecureReview, Inc.
1-888-670-6802

1229 Chestnut Pmb 101
Philadelphia, Pennsylvania
19107
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ryan Marton | 05/17/2021 | 1091 | **$0.00** |
| Marton Ribera Schumann & Chang LLP | **Due Date** | **Reference** | |
| 548 Market St. | 06/16/2021 | Surefield v Redfin | |
| San Francisco, California 94104 | | | |
| United States | | | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Project Set Up Fee<br>April 27, 2021 | $2,500.00 | 1 | $2,500.00 |
| User Setup Fee<br>For 60 days April 27 - Jun 26 Phil Haack | $1,500.00 | 1 | $1,500.00 |

|   |   |
|---|---|
| Subtotal | 4,000.00 |
| Tax | 0.00 |
| Total | 4,000.00 |
| Amount Paid | 4,000.00 |
| **Amount Due (USD)** | **$0.00** |

**Terms**
Thank you.



# SecureReview

SecureReview, Inc.
1-888-670-6802

1229 Chestnut Pmb 101
Philadelphia, Pennsylvania
19107
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ryan Marton | 06/03/2021 | 1137 | **$0.00** |
| Marton Ribera Schumann & Chang LLP | **Due Date** | **Reference** | |
| 548 Market St. | 07/03/2021 | Surefield v Redfin | |
| San Francisco, California 94104 | | | |
| United States | | | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| User Setup Fee | $1,500.00 | 3 | $4,500.00 |
| For 60 days April 30 - Jun 30 | | | |
| Dan.Schmid | | | |
| Greg.Bosch | | | |
| Jose.Melendez | | | |

|  |  |
|---|---|
| Subtotal | 4,500.00 |
| Tax | 0.00 |
| Total | 4,500.00 |
| Amount Paid | 4,500.00 |
| **Amount Due (USD)** | **$0.00** |

**Terms**
Thank you.



SecureReview, Inc.
1-888-670-6802

1229 Chestnut Pmb 101
Philadelphia, Pennsylvania
19107
United States

**Billed To**
Ryan Marton
Marton Ribera Schumann & Chang LLP
548 Market St.
San Francisco, California 94104
United States

**Date of Issue**
07/31/2021

**Due Date**
08/30/2021

**Invoice Number**
1274

**Reference**
Surefield v Redfin

**Amount Due (USD)**
$0.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| User Setup Fee<br>Peter Hu 7/1-8/31<br>Allen Xiao 7/13-9/12 | $1,500.00 | 2 | $3,000.00 |
| Ongoing User Fee<br>July 2021<br>Phil Haack, Dan Schmid, Greg Bosch, Jose Melendez | $300.00 | 4 | $1,200.00 |

|  |  |
|---|---|
| Subtotal | 4,200.00 |
| Tax | 0.00 |
| Total | 4,200.00 |
| Amount Paid | 4,200.00 |
| Amount Due (USD) | $0.00 |

**Terms**
Thank you.



| | | SecureReview, Inc.<br>1-888-670-6802 | 1229 Chestnut Pmb 101<br>Philadelphia, Pennsylvania<br>19107<br>United States |
|---|---|---|---|

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ryan Marton<br>Marton Ribera Schumann & Chang LLP<br>548 Market St.<br>San Francisco, California 94104<br>United States | 08/31/2021<br><br>**Due Date**<br>09/30/2021 | 1377<br><br>**Reference**<br>Surefield v Redfin | **$0.00** |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| User Setup Fee<br>Justin Kota 8/13-10/12<br>Andrew DiNovo 8/13-10/12 | $1,500.00 | 2 | $3,000.00 |
| Ongoing User Fee<br>August 2021<br>Dan Schmid, Greg Bosch, Jose Melendez | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>Peter Hu 7/1-8/31 | $300.00 | 0 | $0.00 |
| Ongoing User Fee<br>Allen Xiao 7/13-9/12 | $300.00 | 0 | $0.00 |

|  |  |
|---|---|
| Subtotal | 3,900.00 |
| Tax | 0.00 |
| Total | 3,900.00 |
| Amount Paid | 3,900.00 |
| **Amount Due (USD)** | **$0.00** |

**Terms**
Thank you.



| | | | |
|---|---|---|---|
| **Billed To** | **Date of Issue** | **Invoice Number** | **Amount Due (USD)** |
| Ryan Marton | 09/30/2021 | 1487 | $0.00 |
| Marton Ribera Schumann & Chang LLP | **Due Date** | **Reference** | |
| 548 Market St. | 10/30/2021 | Surefield v Redfin | |
| San Francisco, California 94104 | | | |
| United States | | | |

SecureReview, Inc.
1-888-670-6802

1229 Chestnut Pmb 101
Philadelphia, Pennsylvania
19107
United States

| Description | Rate | Qty | Line Total |
|---|---:|---:|---:|
| Ongoing User Fee<br>Justin Kota, Andrew DiNovo through 10/12 | $300.00 | 0 | $0.00 |
| Ongoing User Fee<br>September, 2021 Dan Schmid, Greg Bosch, Jose Melendez | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>Peter Hu September, 2021 | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Allen Xiao 9/13-10/12 | $300.00 | 1 | $300.00 |

|  |  |
|---|---:|
| Subtotal | 1,500.00 |
| Tax | 0.00 |
| Total | 1,500.00 |
| Amount Paid | 1,500.00 |
| Amount Due (USD) | $0.00 |

**Terms**
Thank you.



SecureReview, Inc.  
1-888-670-6802

1229 Chestnut Pmb 101  
Philadelphia, Pennsylvania  
19107  
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ryan Marton<br>Marton Ribera Schumann & Chang LLP<br>548 Market St.<br>San Francisco, California 94104<br>United States | 11/16/2021<br><br>**Due Date**<br>12/16/2021 | 1546<br><br>**Reference**<br>Surefield v Redfin<br>Project Walkthrough | **$0.00** |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Ongoing User Fee<br>Justin Kota , Andrew DiNovo 10/13 - 11/12 | $300.00 | 2 | $600.00 |
| Ongoing User Fee<br>October, 2021<br>Dan Schmid, Greg Bosch, Jose Melendez | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>Peter Hu October, 2021 | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Allen Xiao 10/13-11/12 | $300.00 | 1 | $300.00 |
| User Setup Fee<br>Paul Navratil For 60 days Oct 15 - Dec 14 | $1,500.00 | 1 | $1,500.00 |

|  |  |
|---|---|
| Subtotal | 3,600.00 |
| Tax | 0.00 |
| Total | 3,600.00 |
| Amount Paid | 3,600.00 |
| **Amount Due (USD)** | **$0.00** |

Terms



SecureReview, Inc.  
1-888-670-6802

1229 Chestnut Pmb 101  
Philadelphia, Pennsylvania  
19107  
United States

**Billed To**  
Ryan Marton  
Marton Ribera Schumann & Chang LLP  
548 Market St.  
San Francisco, California 94104  
United States

**Date of Issue**  
12/20/2021

**Due Date**  
01/19/2022

**Invoice Number**  
1625

**Reference**  
Surefield v Redfin Project Walkthrough

**Amount Due (USD)**  
$0.00

| Description | Rate | Qty | Line Total |
| --- | --- | --- | --- |
| Ongoing User Fee<br>Justin Kota, Andrew DiNovo 11/13-12/12 | $300.00 | 2 | $600.00 |
| Ongoing User Fee<br>November, 2021<br>Dan Schmid, Greg Bosch, Jose Melendez | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>Peter Hu November, 2021 | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Allen Xiao Nov 13 - Dec 12 | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Paul Navratil through Dec 14 | $300.00 | 0 | $0.00 |

|  |  |
| --- | --- |
| Subtotal | 2,100.00 |
| Tax | 0.00 |
| Total | 2,100.00 |
| Amount Paid | 2,100.00 |
| Amount Due (USD) | $0.00 |

Terms



SecureReview, Inc.
1-888-670-6802

1229 Chestnut Pmb 101
Philadelphia, Pennsylvania
19107
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ryan Marton<br>Marton Ribera Schumann & Chang LLP<br>548 Market St.<br>San Francisco, California 94104<br>United States | 01/25/2022<br><br>**Due Date**<br>02/24/2022 | 1694<br><br>**Reference**<br>Surefield v Redfin<br>Project Walkthrough | **$0.00** |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Ongoing User Fee<br>Justin Kota, Andrew DiNovo<br>12/13-1/12/22 | $300.00 | 2 | $600.00 |
| Ongoing User Fee<br>December, 2021<br>Dan Schmid, Greg Bosch, Jose Melendez | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>Peter Hu December, 2021 | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Allen Xiao 12/13-1/12/22 | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Paul Navratil 12/15-1/14/22 | $300.00 | 1 | $300.00 |

|  |  |
|---|---|
| Subtotal | 2,400.00 |
| Tax | 0.00 |
| Total | 2,400.00 |
| Amount Paid | 2,400.00 |
| **Amount Due (USD)** | **$0.00** |



| | | |
|---|---|---|
| SecureReview, Inc. | 1229 Chestnut Pmb 101 |
| 1-888-670-6802 | Philadelphia, Pennsylvania |
| | 19107 |
| | United States |

**Billed To**
Ryan Marton
Marton Ribera Schumann & Chang LLP
548 Market St.
San Francisco, California 94104
United States

**Date of Issue**
02/23/2022

**Due Date**
03/25/2022

**Invoice Number**
1768

**Reference**
Surefield v Redfin
Project Walkthrough

**Amount Due (USD)**
$0.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Ongoing User Fee<br>Allen Xiao , Justin Kota, Andrew DiNovo<br>Jan 13 - Feb 12 | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>January, 2022<br>Dan Schmid, Greg Bosch, Jose Melendez | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>January, 2022 Peter Hu | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Paul Navratil Jan 15 - Feb 14 | $300.00 | 1 | $300.00 |

| | |
|---|---|
| Subtotal | 2,400.00 |
| Tax | 0.00 |
| Total | 2,400.00 |
| Amount Paid | 2,400.00 |
| Amount Due (USD) | $0.00 |

**Terms**
Thank you.



SecureReview, Inc.
1-888-670-6802

1229 Chestnut Pmb 101
Philadelphia, Pennsylvania
19107
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ryan Marton<br>Marton Ribera Schumann & Chang LLP<br>548 Market St.<br>San Francisco, California 94104<br>United States | 03/28/2022<br><br>**Due Date**<br>04/27/2022 | 1837<br><br>**Reference**<br>Surefield v Redfin<br>Project Walkthrough | **$0.00** |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Ongoing User Fee<br>Allen Xiao, Justin Kota, Andrew DiNovo<br>Feb 13 - Mar 12 | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>February, 2022<br>Dan Schmid, Greg Bosch, Jose Melendez | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>February, 2022 Peter Hu | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Paul Navratil Feb 15 - Mar 14 | $300.00 | 1 | $300.00 |

|  |  |
|---|---|
| Subtotal | 2,400.00 |
| Tax | 0.00 |
| Total | 2,400.00 |
| Amount Paid | 2,400.00 |
| **Amount Due (USD)** | **$0.00** |

Terms
Thank you.



SecureReview, Inc.
1-888-670-6802

1229 Chestnut Pmb 101
Philadelphia, Pennsylvania
19107
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ryan Marton<br>Marton Ribera Schumann & Chang LLP<br>548 Market St.<br>San Francisco, California 94104<br>United States | 04/23/2022<br><br>Due Date<br>05/23/2022 | 1908<br><br>Reference<br>Surefield v Redfin Project Walkthrough | $0.00 |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Ongoing User Fee<br>Allen Xiao, Justin Kota, Andrew DiNovo<br>Mar 13 - Apr 12 | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>March 2022<br>Dan Schmid, Greg Bosch, Jose Melendez | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>March 2022 Peter Hu | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Paul Navratil Mar 15 - Apr 14 | $300.00 | 1 | $300.00 |

|  |  |
|---|---|
| Subtotal | 2,400.00 |
| Tax | 0.00 |
| Total | 2,400.00 |
| Amount Paid | 2,400.00 |
| Amount Due (USD) | $0.00 |

Terms
Thank you.



SecureReview, Inc.  
1-888-670-6802

1229 Chestnut Pmb 101  
Philadelphia, Pennsylvania  
19107  
United States

Billed To  
Ryan Marton  
Marton Ribera Schumann & Chang LLP  
548 Market St.  
San Francisco, California 94104  
United States

Date of Issue  
05/26/2022

Due Date  
06/25/2022

Invoice Number  
1959

Reference  
Surefield v Redfin Project Walkthrough

Amount Due (USD)  
$0.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Ongoing User Fee<br>Allen Xiao, Justin Kota, Andrew DiNovo<br>Apr 13 - May 12 | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>April 2022<br>Dan Schmid, Greg Bosch, Jose Melendez | $300.00 | 3 | $900.00 |
| Ongoing User Fee<br>April 2022 Peter Hu | $300.00 | 1 | $300.00 |
| Ongoing User Fee<br>Paul Navratil Apr 15 - May 14 | $300.00 | 1 | $300.00 |

|  |  |
|---|---|
| Subtotal | 2,400.00 |
| Tax | 0.00 |
| Total | 2,400.00 |
| Amount Paid | 2,400.00 |
| Amount Due (USD) | $0.00 |

Terms  
Thank you.



SecureReview, Inc.  
1-888-670-6802

1229 Chestnut Pmb 101  
Philadelphia, Pennsylvania  
19107  
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ryan Marton<br>Marton Ribera Schumann & Chang LLP<br>548 Market St.<br>San Francisco, California 94104<br>United States | 06/20/2022<br><br>**Due Date**<br>07/20/2022 | 1990<br><br>**Reference**<br>Surefield v Redfin<br>FINAL BILL | $3,200.00 |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Ongoing User Fee<br>May 13 - June 20 (one week gratis)<br>Allen, Andrew, Paul, Justin | $300.00 | 4 | $1,200.00 |
| Ongoing User Fee<br>May 2022 (not previously billed)<br>Dan, Greg, Jose, Peter | $300.00 | 4 | $1,200.00 |
| Ongoing User Fee<br>June 1 - Jun 21 (pro rata)<br>Dan, Greg, Jose, Peter | $200.00 | 4 | $800.00 |

|  |  |
|---|---|
| Subtotal | 3,200.00 |
| Tax | 0.00 |
| Total | 3,200.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $3,200.00 |

Terms  
Thank you.