**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:20-cv-00376-ADA |
| REDFIN CORPORATION, | § § | |
| Defendant. | § | |

**ORDER APPROVING DEFENDANT'S AGREED AMENDED BILL OF COSTS AND STAYING ENFORCEMENT OF THE AWARD OF COSTS**

Before the Court is the Agreed Bill of Costs submitted by Defendant Redfin Corporation ("Defendant") and agreed to by Plaintiff Appliance Computing III, Inc. d/b/a Surefield ("Plaintiff"). The Court hereby approves the parties' agreement as reflected in the Agreed Bill of Costs.

Further, before the Court is the parties' Joint Motion to Stay Enforcement of the Award of Costs. Having reviewed the Motion and finding good cause exists, the Court hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that enforcement of the award of costs shall be stayed until 30 days after this Court rules on Plaintiff's Renewed Motion for Judgment as a Matter of Law Pursuant to Rule 50(b) and its Motion for New Trial or to Alter or Amend the Judgment (Dkts. 248 & 249).

ORDERED this _____ day of _____, 2022.


_____

ALAN D. ALBRIGHT

UNITED STATES DISTRICT JUDGE