UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD,<br><br>        Plaintiff,<br><br>v.<br><br>REDFIN CORPORATION,<br><br>        Defendant. | § § § § § § § § § § § § | Case No. 6:20-cv-00376-ADA |

**NOTICE REGARDING AGREED EXTENSION OF PLAINTIFF'S DEADLINE TO FILE REPLIES IN SUPPORT OF ITS POST-TRIAL MOTIONS**

Plaintiff Appliance Computing III, Inc. d/b/a Surefield ("Plaintiff") hereby provides notice that the parties have agreed to extend the deadline for Plaintiff to file replies in support of Plaintiff's Renewed Motion for Judgment as a Matter of Law Pursuant to Rule 50(b) and Plaintiff's Motion for New Trial or to Alter or Amend the Judgment, both filed on September 12, 2022 (collectively, "Post-Trial Motions"). (D.I. 248-249). Plaintiff's replies are currently due on October 17, 2022. The parties have since agreed to extend the reply deadlines as follows:

| Current Deadline | Amended Deadline | Event |
|---|---|---|
| October 17, 2022 | October 21, 2022 | Deadline to file replies in support of Plaintiff's Post-Trial Motions |

1

Dated: October 11, 2022

*/s/   Nicole E. Glauser*
Nicole E. Glauser

Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dinovoprice.com
Nicole E. Glauser
Texas State Bar No. 24050694
nglauser@dinovoprice.com
Christopher V. Goodpastor
Texas State Bar No. 00791991
cgoodpastor@dinovoprice.com
Daniel L. Schmid
Texas State Bar No. 24093118
dschmid@dinovoprice.com
DINOVO PRICE LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile:  (512) 539-2627

Steven W. Fogg (admitted *Pro Hac Vice*)
sfogg@corrcronin.com
Eric A. Lindberg (admitted *Pro Hac Vice*)
elindberg@corrcronin.com
CORR CRONIN, LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
Telephone: (206) 625-8600

Mark P. Walters (admitted *Pro Hac Vice*)
walters@lowegrahamjones.com
LOWE GRAHAM JONES, PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
Telephone: (206) 381-3300

***COUNSEL FOR PLAINTIFF***
***APPLIANCE COMPUTING III, INC.***
***d/b/a SUREFIELD***

Respectfully submitted,

*/s/   Ryan Marton*
Ryan Marton

Darryl J. Adams
Texas State Bar No. 00796101
dadams@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, Texas 78701
Telephone: (512) 402-3562
Facsimile:  (512) 402-6865

Ryan Marton (admitted *Pro Hac Vice*)
ryan@martonribera.com
Hector Ribera (admitted *Pro Hac Vice*)
hector@martonribera.com
Carolyn Chang (admitted *Pro Hac Vice*)
carolyn@martonribera.com
Phillip Haack (admitted *Pro Hac Vice*)
phaack@martonribera.com
Marton Ribera Schumann & Chang LLP
548 Market St Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515

Benjamin J. Byer (admitted *Pro Hac Vice*)
benbyer@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8105
Facsimile: (206) 757-7105

***COUNSEL FOR DEFENDANT***
***REDFIN CORPORATION***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on October 11, 2022.

By: */s/ Nicole E. Glauser*
Nicole E. Glauser