## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD, | § § § |
| *Plaintiff*, | § CASE NO. 6:20-cv-00376-ADA § |
| v. | § JURY TRIAL DEMANDED § |
| REDFIN CORPORATION, | § § § |
| *Defendant*. | |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW NICOLE E. GLAUSER AS COUNSEL OF RECORD

Comes now Plaintiff Appliance Computing III, Inc. d/b/a Surefield ("Plaintiff") and files this Unopposed Motion to Withdraw Nicole E. Glauser as counsel of record for Plaintiff and in support thereof would show the Court the following:

1. Nicole E. Glauser, who has appeared as counsel in the above-referenced action on behalf of Plaintiff, is no longer with the law firm of DiNovo Price LLP.

2. Plaintiff will continue to be represented in this action by DiNovo Price LLP.

3. The withdrawal of Ms. Glauser as counsel for Plaintiff will not delay the proceedings in this matter.

4. Plaintiff's counsel has contacted counsel for Defendant with respect to the filing of this Motion, who indicated that Defendant does not oppose this Motion.

Accordingly, Plaintiff respectfully requests that the Court grant its Motion and that Ms. Glauser be removed from the official service list in this case.

DATED: April 23, 2024                                     Respectfully submitted,

*/s/   Andrew G. DiNovo*
Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dinovoprice.com
Christopher V. Goodpastor
Texas State Bar No. 00791991
cgoodpastor@dinovoprice.com
Adam G. Price
Texas State Bar No. 24027750
aprice@dinovoprice.com
Gregory S. Donahue
Texas State Bar No. 24012539
gdonahue@dinovoprice.com
Gabriel R. Gervey
Texas State Bar No. 24072112
ggervey@dinovoprice.com
**DINOVO PRICE LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile:  (512) 727-6691

Steven W. Fogg (*pro hac vice*)
sfogg@corrcronin.com
Eric A. Lindberg (*pro hac vice*)
elindberg@corrcronin.com
**CORR CRONIN, LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
Telephone: (206) 625-8600

Mark P. Walters (*pro hac vice*)
walters@lowegrahamjones.com
**LOWE GRAHAM JONES, PLLC**
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
Telephone: (206) 381-3300

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF CONFERENCE**

On April 23, 2024, counsel for Plaintiff conferred by email with counsel for Defendant regarding the relief sought in this Motion who indicated that Defendant does not oppose the withdrawal of Ms. Glauser as counsel for Plaintiff.

*/s/ Andrew G. DiNovo*
Andrew G. DiNovo

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Andrew G. DiNovo*
Andrew G. DiNovo