IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD, | § § § | |
| Plaintiff, | § | CASE NO. 6:20-cv-00376-ADA |
| v. | § § | JURY TRIAL DEMANDED |
| REDFIN CORPORATION, | § § § | |
| Defendant. | | |

## ORDER GRANTING MOTION TO WITHDRAW

Before the Court is Plaintiff Appliance Computing III, Inc. d/b/a Surefield's ("Plaintiff") Unopposed Motion to Withdraw Nicole E. Glauser as counsel of record for Plaintiff. The Court, having reviewed this Motion, finds that the motion should be GRANTED.

It is therefore ORDERED that Nicole E. Glauser shall be withdrawn as counsel of record for Plaintiff.

It is further ORDERED that Ms. Glauser be removed from the official service list in this case.

SIGNED this ____ day of _____, 2024.

_____
THE HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE