IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| APPLIANCE COMPUTING III, INC. D/B/A SUREFIELD,<br>    *Plaintiff,*<br><br>-v-<br><br>REDFIN CORPORATION,<br>    *Defendant.* | §§§§§§§§§<br><br>6:20-CV-00376-ADA |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints Mr. Barry Shelton as a Technical Advisor to assist the Court with post-trial motions. Given his background and qualifications, the Court is satisfied that Mr. Shelton's appointment pursuant to the terms of this Order would assist the Court in this case.

The parties shall send courtesy copies of electronic copies of the briefs and exhibits to Mr. Shelton no later than one business day after the date of this order. If the document was filed with the Court, the copy must include the CM/ECF header.

The parties are **ORDERED** to notify the Court of any conflicts with Mr. Shelton within 7 days of this order.

**SIGNED** this 7th day of October, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1