# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD, § § § | |
| Plaintiff, § § | Case No. 6:20-cv-00376-ADA |
| v. § § | |
| REDFIN CORPORATION, § § | |
| Defendant. § § | |

## **ORDER**

On this day, the Court considered Defendant Redfin Corporation's Opposed Motion to Supplement Bill of Costs and Amend Taxation of Costs (the "Motion").

The Court, having duly considered the briefing and other papers filed in support of and in opposition to the request, along with all other relevant materials, is of the opinion that the Motion should be granted.

**IT IS THEREFORE ORDERED** that Defendant's Motion is GRANTED, and that $35,000.00 (thirty-five thousand dollars)—which represents Redfin's portion of the Court-appointed technical advisor fees incurred in connection with Plaintiff's post-trial motions—be added to Redfin's final Bill of Costs, whereby the total costs taxed on Plaintiff, and included as part of the judgment, is hereby **$137,126.71**.

 Signed this _____ day of _____, 2025.

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE