UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD, § § § Plaintiff, § § v. § REDFIN CORPORATION, § § Defendant. § | Case No. 6:20-cv-00376-ADA |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given pursuant to Federal Rule of Appellate Procedure 3(a) that Plaintiff Appliance Computing III, Inc. d/b/a Surefield ("Surefield") appeals to the United States Court of Appeals for the Federal Circuit from the following:

1. Corrected Claim Construction Order (including Dkt. 77);

2. Order Granting Motions in Limine regarding IPR proceedings;

3. Order Denying Motion to Exclude Testimony of Dr. Yasutaka Furukawa;

4. Order denying Motion to Exclude Navratil (including Dkt. 88);

5. Evidentiary rulings made by the district court during trial;

6. Rulings on the jury charge adverse to Surefield;

7. Final Judgment (including Dkt. 245);

8. Order Denying Plaintiff's Renewed Motion for JMOL and Plaintiff's Motions for New Trial or to Alter or Amend the Judgment (including Dkt. 275);

9. All decisions, rulings, and/or orders pertinent or ancillary to these orders and judgments, whether or not incorporated therein, in whole or in part.

Dated: March 24, 2025                                  Respectfully submitted,

*/s/  Andrew G. DiNovo*
Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dinovoprice.com
Christopher V. Goodpastor
Texas State Bar No. 00791991
cgoodpastor@dinovoprice.com
Adam G. Price
Texas State Bar No. 24027750
aprice@dinovoprice.com
Gregory S. Donahue
Texas State Bar No. 24012539
gdonahue@dinovoprice.com
**DINOVO PRICE LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile:  (512) 539-2627

Steven W. Fogg (*pro hac vice*)
sfogg@corrcronin.com
Eric A. Lindberg (*pro hac vice*)
elindberg@corrcronin.com
**CORR CRONIN, LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
Telephone: (206) 625-8600

Mark P. Walters (*pro hac vice*)
walters@lowegrahamjones.com
**LOWE GRAHAM JONES, PLLC**
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
Telephone: (206) 381-3300

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                          */s/  Andrew G. DiNovo*