**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:20-cv-00376-ADA |
| REDFIN CORPORATION, | § § | |
| Defendant. | § | |

**PLAINTIFF'S SUPPLEMENT TO NOTICE OF APPEAL**

Notice is hereby given pursuant to Federal Rule of Appellate Procedure 3(a) that Plaintiff Appliance Computing III, Inc. d/b/a Surefield ("Surefield") appeals to the United States Court of Appeals for the Federal Circuit from the following:

1. Corrected Claim Construction Order (including Dkt. 77);

2. Order Granting Motions in Limine regarding IPR proceedings (including Dkt. 183 and Dkt. 195);

3. Order Denying Motion to Exclude Testimony of Dr. Yasutaka Furukawa (including Dkt. 190-10, 195);

4. Order denying Motion to Exclude Navratil (including Dkt. 88);

5. Evidentiary rulings made by the district court during trial (including Dkt. 210, 211, 212, 214, 215, 216, 217, 219);

6. Rulings on the jury charge adverse to Surefield (including Dkt. 223);

7. Final Judgment (including Dkt. 245);

8.  Order Denying Plaintiff's Renewed Motion for JMOL and Plaintiff's Motions for New Trial or to Alter or Amend the Judgment (including Dkt. 275);

9.  All decisions, rulings, and/or orders pertinent or ancillary to these orders and judgments, whether or not incorporated therein, in whole or in part.

Dated: March 24, 2025                    Respectfully submitted,

                                         */s/  Andrew G. DiNovo*
                                         Andrew G. DiNovo
                                         Texas State Bar No. 00790594
                                         adinovo@dinovoprice.com
                                         Christopher V. Goodpastor
                                         Texas State Bar No. 00791991
                                         cgoodpastor@dinovoprice.com
                                         Adam G. Price
                                         Texas State Bar No. 24027750
                                         aprice@dinovoprice.com
                                         Gregory S. Donahue
                                         Texas State Bar No. 24012539
                                         gdonahue@dinovoprice.com
                                         **DINOVO PRICE LLP**
                                         7000 N. MoPac Expressway, Suite 350
                                         Austin, Texas 78731
                                         Telephone: (512) 539-2626
                                         Facsimile:  (512) 539-2627

                                         Steven W. Fogg (*pro hac vice*)
                                         sfogg@corrcronin.com
                                         Eric A. Lindberg (*pro hac vice*)
                                         elindberg@corrcronin.com
                                         **CORR CRONIN, LLP**
                                         1001 Fourth Avenue, Suite 3900
                                         Seattle, Washington 98154
                                         Telephone: (206) 625-8600

                                         Mark P. Walters (*pro hac vice*)
                                         walters@lowegrahamjones.com
                                         **LOWE GRAHAM JONES, PLLC**
                                         701 Fifth Avenue, Suite 4800
                                         Seattle, Washington 98104
                                         Telephone: (206) 381-3300

                                         **ATTORNEYS FOR PLAINTIFF**

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/  Andrew G. DiNovo*