UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD, § § § | |
| Plaintiff, § § | |
| v. § | Case No. 6:20-cv-00376-ADA |
| § | |
| REDFIN CORPORATION, § § § | |
| Defendant. § | |

### ORDER

This Court, having reviewed and considered Defendant Redfin Corporation's Motion to Supplement Bill of Costs and Amend Taxation of Costs ("Motion"), and all related filings in support of and in opposition to the Motion, is of the opinion that the Motion should be DENIED.

IT IS THEREFORE ORDERED that Defendant Redfin Corporation's Motion to Supplement Bill of Costs and Amend Taxation of Costs is hereby DENIED.

SIGNED this _____ day of _____, 2025.

_____
THE HONORABLE ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE