**J.P.Morgan**

Status
Released

# Transaction Information

| | | |
|---|---|---|
| **Account Number/Name** | **Branch Location/Bank Name/Bank ID** <br> JPMorgan Chase Bank, N.A. (SW)/JPMORGAN CHASE BANK, | |
| **Method** <br> Wire | **Payment Amount** <br> USD 35,000.00 | **Value Date** <br> 03/12/2025 |
| **Bank to Bank Transfer** <br> No | **Beneficiary Bank Country** <br> UNITED STATES - US | |

# Routing/Reference Information

## Beneficiary

Account Number

Shelton Coburn LLP
311 RR 620 S, Suite 205
Austin, TX 78734
UNITED STATES - US

## Beneficiary Bank

United States FED ABA

WELLS FARGO BANK, N.A.
420 MONTGOMERY STREET
SAN FRANCISCO, CA
UNITED STATES - US

No ID

Last Validation:  03/11/2025 06:21 PM

## Transaction Details

Ref: Case 6:20-cv-00376-ADA

## Bank To Bank

| Charges | Priority |
|---|---|
| Remitter | No |

| Date Created | Transaction ID | Bank Reference | Settlement Reference |
|---|---|---|---|
| 03/11/2025 06:21 PM EDT | 6354 | -- | -- |

Printed On:   03/12/2025 01:48 PM EDT