# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, PANOPTIS PATENT MANAGEMENT, LLC, OPTIS CELLULAR TECHNOLOGY, LLC., | § § § § | |
| | § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:17-CV-00123-JRG |
| HUAWEI DEVICE USA, INC., HUAWEI DEVICE (SHENZHEN) CO., LTD., | § § § | |
| *Defendants.* | § § | |

## **ORDER**

Before the Court is Plaintiffs Optis Wireless Technology, LLC; Optis Cellular Technology, LLC; and PanOptis Patent (collectively, "PanOptis") and Defendants Huawei Device USA, Inc., and Huawei Device Co. Ltd.'s (collectively, "Huawei" and together with PanOptis, the "Parties") Joint Motion for Entry of Stipulated Dismissal and to Vacate Dkt. Nos. 374 and 409 (the "Motion"). (Dkt. No. 420.) In the Motion, the Parties request that this action, including all claims and defenses brought, be dismissed with prejudice according to the terms of the settlement agreement executed by the Parties. Additionally, the Parties request that the Court vacate its March 18, 2019 Final Judgment (Dkt. No. 374) (the "Final Judgment") and its November 15, 2019 Memorandum and Opinion finding an exceptional case (Dkt. No. 409) (the "Exceptional Case Status Order").

Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims and causes of action asserted in the above-captioned case are hereby **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that the Final Judgment (Dkt. No. 374) and the Exceptional Case Status Order (Dkt. No. 409) are hereby **VACATED**. It is further **ORDERED** that all expenses, costs, and attorneys' fees shall be borne by the party that incurred them. All pending requests for relief are **DENIED AS MOOT**.

So ORDERED and SIGNED this 2nd day of April, 2020.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE