# EXHIBIT D

# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| DANIELLE GEOFFRION and DARREN KASMIR, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 4:14-cv-00350-ALM |
| NATIONSTAR MORTGAGE LLC, | § § § | |
| Defendant. | § § | |

## ORDER GRANTING JOINT MOTION TO DISMISS AND VACATE FINAL JUDGMENT PURSUANT TO SETTLEMENT

CAME ON FOR CONSIDERATION the parties' *Joint Motion to Dismiss and Vacate Final Judgment Pursuant to Settlement.* After consideration of Joint Motion, the Court is of the opinion the Joint Motion should be **GRANTED**.

IT IS, THEREFORE, ORDERED that: (1) Plaintiffs' claims against Defendant are dismissed with prejudice and (2) the jury's verdict and the Court's Final Judgment on that verdict, along with any awards of attorneys' fees and expenses, are hereby VACATED in their entirety. All costs and expenses shall be borne solely by the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
**SIGNED this 26th day of October, 2016.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE