UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD,<br><br>*Plaintiff*,<br><br>v.<br><br>REDFIN CORPORATION,<br><br>*Defendant*. | §§§§§§§§§§§§§   CIVIL ACTION NO. 6:20-cv-00376-ADA |

## ORDER

The Court, having considered the parties' Unopposed Motion for Indicative Ruling To Vacate Verdict and Judgment of Patent Invalidity and Bill of Costs, is of the opinion that the Motion should be, in all things,

**GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' Unopposed Motion for Indicative Ruling To Vacate Verdict and Judgment of Patent Invalidity and Bill of Costs is hereby **GRANTED** and the Court hereby indicates that, pursuant to Fed. R. Civ. P. 62.1, if the Federal Circuit remanded to consider the unopposed Rule 60(b) Motion for Vacatur of the invalidity verdicts and judgment and bill of costs pursuant to the parties' settlement, the Court would grant such a motion.

**SIGNED** this 28th day of July, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE