# EXHIBIT A

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**APPLIANCE COMPUTING III, INC., dba Surefield,**
*Plaintiff-Appellant*

v.

**REDFIN CORP.,**
*Defendant-Appellee*

_____

2025-1601

_____

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-00376-ADA, Judge Alan D. Albright.

_____

**ON MOTION**

_____

Before STOLL, *Circuit Judge*.

**O R D E R**

Appliance Computing III, Inc. moves unopposed to stay this appeal pending the district court's ruling on Appliance Computing's "motion for indicative ruling to vacate verdict and judgment of patent invalidity and bill of costs," ECF No. 14 at 13, or, in the alternative, for an extension of time to file the opening brief. Appliance Computing subsequently notifies the court that the district court granted the

2                APPLIANCE COMPUTING III, INC. v. REDFIN CORP.

indicative ruling and moves unopposed for limited remand for the district court to consider Appliance Computing's motion to vacate. ECF No. 16.

We grant the motions to the extent that these proceedings are stayed pending the district court's consideration of the motion for vacatur. This court takes no position as to whether the district court should grant the motion.

Accordingly,

IT IS ORDERED THAT:

The motions are granted to the extent that this appeal is remanded to the United States District Court for the Western District of Texas for the limited purpose of resolving Appliance Computing's motion for vacatur. Within 14 days of the district court's decision, the parties are directed to inform the court as to how they believe this appeal should proceed. This court retains jurisdiction over this appeal, and proceedings are stayed.

FOR THE COURT

August 20, 2025
    Date

Jarrett B. Perlow
Clerk of Court