# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | §  CIVIL ACTION NO. 2:17-CV-00577-JRG |
| | § |
| T MOBILE USA, INC., T-MOBILE US, INC., ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Joint Motion to Dismiss Pursuant to Rule 41(a)(2) ("the Motion to Dismiss") (Dkt. No. 370) and the Joint Motion to Vacate Final Judgment ("the Motion to Vacate") filed by the Parties (Dkt. No. 371). In the Motion to Dismiss, the Parties represent that all disputes in Case No. 2:17-cv-577-JRG have been settled, and ask the Court to enter an order of dismissal requiring that each party bear its own costs, expenses, and attorneys' fees. The Parties also ask the Court to vacate the Final Judgment (Dkt. No. 343) entered in this case on March 7, 2019. The Parties seek to vacate the Final Judgment in view of their settlement, pursuant to Fed. R. Civ. P. 60(b).

Having considered the Motion to Vacate, the Court finds it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the Final Judgment entered in this case on March 7, 2019 is hereby **VACATED**.

Having additionally considered the Motion to Dismiss, the Court finds it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that all claims asserted by the Parties in Case No. 2:17-cv-577-JRG are **DISMISSED WITH PREJUDICE**. Each Party shall bear its own

costs, expenses, and attorneys' fees. All pending requests for relief are **DENIED AS MOOT**. The Clerk of the Court is directed to **CLOSE** Case No. 2:17-cv-577-JRG.

**So ORDERED and SIGNED this 24th day of June, 2019.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE