# EXHIBIT D

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **CALLPOD, INC.**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**T TECHNOLOGY, INC., GN NETCOM A/S, GN NETCOM, INC., AND HELLO DIRECT, INC.**<br><br>    **Defendants.** | CIVIL NO. 2:11-cv-326 |

### ORDER GRANTING JOINT MOTION TO VACATE
### FINAL JUDGMENT (DKT. 146)

On this day the Court considered Defendants' Joint Motion to Vacate Final Judgment (Dkt. 146). After careful consideration, the Court concludes that the motion should be granted. It is therefore,

ORDERED that the Motion is GRANTED and Dkt. No. 146 is VACATED.

**So Ordered and Signed on this**

**May 19, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE