# EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AMERANTH, INC., § § § Plaintiff, § § v. § § MENUSOFT SYSTEMS CORP. and § CASH REGISTER SALES & SERVICE OF § HOUSTON, INC. (dba CRS TEXAS), § § Defendants. § § | Civil Action No. 2:07-cv-271-DF |

## ORDER

The Court, having considered the parties' Joint Stipulated Motion for Indicative Ruling regarding vacatur of the invalidity verdicts and judgment, is of the opinion that the Motion should be, in all things,

GRANTED.

IT IS THEREFORE ORDERED that the parties' Joint Stipulated Motion for Indicative Ruling is hereby GRANTED and the Court hereby indicates that, pursuant to Fed. R. Civ. P. 62.1, if the Federal Circuit remanded to consider the parties' Joint Rule 60(b) Motion for Vacatur of the invalidity verdicts and judgment as a condition of their settlement, the Court would grant such a motion.

SIGNED this 31st day of October, 2011.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE