# EXHIBIT G

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AMERANTH, INC. | § |
| | § |
| VS. | § CIVIL ACTION NO. 2:07-CV-271 |
| | § |
| MENUSOFT SYSTEMS CORPORATION, | § |
| ET AL | § |

## ORDER

Currently before the Court is the Joint Stipulated Motion for Vacatur of Invalidity Verdicts and Judgment (Doc. 348), filed by all parties on January 20, 2012. Profitstreams, LLC (Doc. 333) and Seamless North America, LLC (Doc. 334) have both filed motions for leave to file *amicus* briefs opposing the motion for vacatur. Having considered those motions for leave, the *amicus* briefs themselves, and the opposition filed by the parties, both motions for leave to file *amicus* briefs are denied. Having considered the factors discussed in *Ohio Willow Wood Co. vs. Thermo-Ply, Inc.,* 769 F.Supp.2d 1065 (E.D.Tx. 2011), and weighing heavily this Court's October 31, 2011 indicative ruling (Doc. 332) and the interests of the parties and the public, the motion for vacatur will be GRANTED. Accordingly,

IT IS ORDERED that the Joint Stipulated Motion for Vacatur of Invalidity Verdicts and Judgment (Doc. 348) is hereby GRANTED and the jury verdicts of invalidity (Doc. 263) and the Court's entry of judgment on the invalidity verdicts (Doc. 265) are hereby VACATED.

**SIGNED this 6th day of February, 2012.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE