UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD,<br><br>*Plaintiff*,<br><br>v.<br><br>REDFIN CORPORATION,<br><br>*Defendant.* | §§§§§§§§§§§§§  CIVIL ACTION NO. 6:20-cv-00376-ADA |

## ORDER

The Court, having considered the Plaintiff's Unopposed Motion to Vacate Verdict and Judgment of Patent Invalidity and Bill of Costs, is of the opinion that the Motion should be, in all things,

GRANTED.

IT IS THEREFORE ORDERED that the Plaintiff's Unopposed Motion to Vacate Verdict and Judgment of Patent Invalidity and Bill of Costs are hereby GRANTED. Accordingly, the Court ORDERS that the following are hereby VACATED:

(i) the jury verdict only as it relates to patent invalidity of the asserted claims of U.S. Patent No. 9,836,885, U.S. Patent No. 10,102,673, U.S. Patent No. 910,510,111, and U.S. Patent No. 10,592,973 (Doc. 234);

(i) the Final Judgment of patent invalidity of the asserted claims of U.S. Patent No. 9,836,885, U.S. Patent No. 10,102,673, U.S. Patent No. 910,510,111, and U.S. Patent No. 10,592,973 (Doc. 245); and

1

2

(ii) the Bill of Costs (Doc. 266).

The Court FURTHER ORDERS that: (i) each party shall bear its own costs, attorneys' fees, and expenses; and (ii) all pending motions are dismissed as moot.

_____
JUDGE PRESIDING