UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| APPLIANCE COMPUTING III, INC. d/b/a SUREFIELD,<br><br>*Plaintiff*,<br><br>v.<br><br>REDFIN CORPORATION,<br><br>*Defendant.* | §§§§§§§§§§§§§  CIVIL ACTION NO. 6:20-cv-00376-ADA |

# ORDER

The Court, having considered the Plaintiff's Unopposed Motion to Vacate Verdict and Judgment of Patent Invalidity and Bill of Costs (ECF No. 284), is of the opinion that the Motion should be, in all things,

**GRANTED**.

**IT IS THEREFORE ORDERED** that the Plaintiff's Unopposed Motion to Vacate Verdict and Judgment of Patent Invalidity and Bill of Costs are hereby **GRANTED**. Accordingly, the Court **ORDERS** that the following are hereby **VACATED**:

(i) the jury verdict only as it relates to patent invalidity of the asserted claims of U.S. Patent No. 9,836,885, U.S. Patent No. 10,102,673, U.S. Patent No. 10,510,111, and U.S. Patent No. 10,592,973 (ECF No. 234);

(ii) the Final Judgment of patent invalidity of the asserted claims of U.S. Patent No. 9,836,885, U.S. Patent No. 10,102,673, U.S. Patent No. 10,510,111, and U.S. Patent No. 10,592,973 (ECF No. 245); and

(iii) the Bill of Costs (ECF No. 266).

The Court **FURTHER ORDERS** that: (i) each party shall bear its own costs, attorneys' fees, and expenses; and (ii) all pending motions are **DENIED AS MOOT**.

**SIGNED** this 25th day of September, 2025

                                          ALAN D ALBRIGHT
                                          UNITED STATES DISTRICT JUDGE