NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLIANCE COMPUTING III, INC., dba Surefield,**

*Plaintiff-Appellant*

v.

**REDFIN CORP.,**

*Defendant-Appellee*

---

2025-1601

---

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-00376-ADA, Judge Alan D. Albright.

---

### **O R D E R**

The parties having so agreed, it is ordered that:

(1) The stay is lifted.

(2) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(3) Each side shall bear their own costs.

FOR THE COURT

<u>October 14, 2025</u>
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** October 14, 2025